

# Pennsylvania Department of Corrections
## Misconducts

ronnamyers

3/8/2019 1:54:37 PM

**Inmate Number:** FZ2947
**Inmate Name:** MAYO, William

---

| Location: | Smithfield | Misconduct Date: 01/25/2019 | Misconduct Number: D133321 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |
| B | 42 | Lying To An Employee | Guilty |
| B | 45 | Failure To Report The Presence Of Contra | Guilty |

| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
|---|---|---|---|
| Confiscation Of Contraband | | | 0 |
| Disciplinary Custody | | 01/25/2019 | 30 |

---

| Location: | Smithfield | Misconduct Date: 12/05/2018 | Misconduct Number: B915792 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |

| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
|---|---|---|---|
| Confiscation Of Contraband | | | 0 |
| Disciplinary Custody | | 12/05/2018 | 45 |

---

| Location: | Smithfield | Misconduct Date: 03/11/2018 | Misconduct Number: D149417 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 01 | Assault | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 04/28/2018 | 90 |

---

| Location: | Smithfield | Misconduct Date: 03/10/2018 | Misconduct Number: B912648 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 03/29/2018 | 30 |

---

| Location: | Smithfield | Misconduct Date: 03/10/2018 | Misconduct Number: D149416 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 03/14/2018 | 15 |
| Suspension/removal From Job | | 03/14/2018 | 999 |

---

| Location: | Fayette | Misconduct Date: 01/01/2018 | Misconduct Number: C043122 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 41 | Failure To Stand Count Or Interference W | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Reprimand, Warning, Counseling | | 0 |

---

**Location:** Fayette    **Misconduct Date:** 06/03/2017    **Misconduct Number:** B492470

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 44 | Loaning Or Borrowing Property | Guilty |
| C | 51 | Possess Items Not Authorized For Retenti | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 06/03/2017 | 90 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 06/16/2017 | B | 06/20/2017 | Uphold Hear's Decision |

---

**Location:** Fayette    **Misconduct Date:** 04/21/2017    **Misconduct Number:** C043481

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 01 | Assault | Guilty |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 04/21/2017 | 90 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 06/12/2017 | A | 06/13/2017 | Uphold Hear's Decision |
| 05/17/2017 | A | 05/17/2017 | Uphold Hear's Decision |
| 05/08/2017 | AC | 05/09/2017 | Uphold Hear's Decision |

---

**Location:** Fayette    **Misconduct Date:** 04/21/2017    **Misconduct Number:** CO43481
\*\*\* Awaiting Charges

---

**Location:** Fayette    **Misconduct Date:** 03/22/2017    **Misconduct Number:** C043414
\*\*\* Charges Dismissed/ Not Guilty by Hearing.

---

**Location:** Fayette    **Misconduct Date:** 02/23/2017    **Misconduct Number:** C043493

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 08/30/2017 | 60 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 03/17/2017 | A | 03/20/2017 | Uphold Hear's Decision |
| 03/10/2017 | A | 03/14/2017 | Uphold Hear's Decision |

---

**Location:** Fayette    **Misconduct Date:** 07/16/2016    **Misconduct Number:** B547973

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 42 | Lying To An Employee | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 08/20/2017 | 10 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 09/26/2016 | AB | 09/27/2016 | Uphold Hear's Decision |
| 08/12/2016 | AB | 08/12/2016 | Uphold Hear's Decision |
| 07/28/2016 | AB | 08/02/2016 | Uphold Hear's Decision |

**Location:** Fayette    **Misconduct Date:** 05/26/2016    **Misconduct Number:** B748180

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 36 | Possess Contraband Including Money, Impl | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 07/21/2017 | 30 |

**Location:** Fayette    **Misconduct Date:** 05/24/2016    **Misconduct Number:** B748284

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 06/21/2017 | 30 |

**Location:** Fayette    **Misconduct Date:** 05/14/2016    **Misconduct Number:** B547560

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 06/06/2017 | 15 |

**Location:** Fayette    **Misconduct Date:** 05/10/2016    **Misconduct Number:** B547586

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 05/22/2017 | 15 |

**Location:** Fayette    **Misconduct Date:** 05/10/2016    **Misconduct Number:** B547594

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 05/12/2017 | 10 |

**Location:** Fayette    **Misconduct Date:** 04/09/2016    **Misconduct Number:** B613479
*** Charges Dismissed/ Not Guilty by Hearing.

**Location:** Fayette    **Misconduct Date:** 04/08/2016    **Misconduct Number:** B613477

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 36 | Possess Contraband Including Money, Impl | Guilty |

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 38 | Destroying, Altering, Tampering With, Or | Guilty |
| B | 44 | Loaning Or Borrowing Property | Guilty |

| Sanctions Imposed | | Effective Date | No. of Days |
|---|---|---|---|
| Confiscation Of Contraband | | | 0 |
| Disciplinary Custody | | 04/12/2017 | 30 |
| Payment For Property Loss | | | 0 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 05/19/2016 | A | 05/19/2016 | Uphold Hear's Decision |
| 05/06/2016 | A | 05/10/2016 | Uphold Hear's Decision |

---

**Location :** Fayette   **Misconduct Date :** 03/11/2016   **Misconduct Number :** B613442

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 22 | Possession Or Use Of Dangerous Or Contro | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 02/11/2017 | 60 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 06/15/2016 | AC | 06/16/2016 | Uphold Hear's Decision |
| 04/22/2016 | AC | 04/22/2016 | Uphold Hear's Decision |
| 03/30/2016 | AC | 04/08/2016 | Uphold Hear's Decision |

---

**Location :** Fayette   **Misconduct Date :** 03/11/2016   **Misconduct Number :** B640238
*** Charges Dismissed/ Not Guilty by Hearing.

---

**Location :** Fayette   **Misconduct Date :** 02/18/2016   **Misconduct Number :** B547465

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 38 | Destroying, Altering, Tampering With, Or | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 02/18/2016 | 30 |
| Payment For Property Loss | | 0 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 04/28/2016 | AC | 04/29/2016 | Remand Rehearing |
| 03/25/2016 | AC | 03/25/2016 | Uphold Hear's Decision |
| 03/15/2016 | AC | 03/18/2016 | Uphold Hear's Decision |

---

**Location :** Greene   **Misconduct Date :** 11/19/2015   **Misconduct Number :** A325351

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 01 | Assault | Guilty |
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| A | 29 | Engage Orencourage Unauthorized Group Ac | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 11/19/2015 | 360 |

| Payment For Property Loss | | | 0 |
|---|---|---|---|
| **Date Appeal Received by DOC** | **Grounds** | **Review Date** | **Review Outcome** |
| 02/29/2016 | AC | 03/01/2016 | Uphold Hear's Decision |
| 12/18/2015 | AC | 12/18/2015 | Uphold Hear's Decision |
| 12/01/2015 | AC | 12/09/2015 | Uphold Hear's Decision |

| **Location :** Greene | | **Misconduct Date :** 11/19/2015 | **Misconduct Number :** B851182 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 01 | Assault | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 11/13/2016 | 90 |
| **Date Appeal Received by DOC** | **Grounds** | **Review Date** | **Review Outcome** |
| 02/29/2016 | C | 03/01/2016 | Uphold Hear's Decision |
| 12/18/2015 | C | 12/18/2015 | Uphold Hear's Decision |
| 12/08/2015 | C | 12/11/2015 | Uphold Hear's Decision |

| **Location :** Greene | | **Misconduct Date :** 08/19/2015 | **Misconduct Number :** B851034 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 08/19/2015 | 60 |
| **Date Appeal Received by DOC** | **Grounds** | **Review Date** | **Review Outcome** |
| 09/01/2015 | B | 09/03/2015 | Uphold Hear's Decision |

| **Location :** Greene | | **Misconduct Date :** 06/16/2015 | **Misconduct Number :** B806017 |
|---|---|---|---|
| *** Charges Dismissed/ Not Guilty by Hearing. | | | |

| **Location :** Greene | | **Misconduct Date :** 04/03/2015 | **Misconduct Number :** B751977 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 01 | Assault | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 04/09/2015 | 30 |
| **Date Appeal Received by DOC** | **Grounds** | **Review Date** | **Review Outcome** |
| 05/18/2015 | AC | 05/28/2015 | Uphold Hear's Decision |
| 04/17/2015 | AC | 04/24/2015 | Uphold Hear's Decision |

| **Location :** Greene | | **Misconduct Date :** 02/26/2015 | **Misconduct Number :** B751951 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |

| | | | |
|---|---|---|---|
| Disciplinary Custody | | 02/28/2015 | 90 |
| **Date Appeal Received by DOC** | **Grounds** | **Review Date** | **Review Outcome** |
| 04/10/2015 | B | 04/24/2015 | Uphold Hear's Decision |
| 03/10/2015 | B | 03/13/2015 | Uphold Hear's Decision |

**Location :** Greene     **Misconduct Date :** 02/24/2015     **Misconduct Number :** B751946

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 01/20/2015 | 30 |

**Location :** Greene     **Misconduct Date :** 02/23/2015     **Misconduct Number :** B751941

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |
| B | 42 | Lying To An Employee | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 01/30/2015 | 30 |

**Location :** Greene     **Misconduct Date :** 12/01/2014     **Misconduct Number :** B561372

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 01 | Assault | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 12/01/2014 | 90 |
| Payment For Property Loss | | | 0 |
| Suspension/removal From Job | | 12/09/2014 | 999 |
| **Date Appeal Received by DOC** | **Grounds** | **Review Date** | **Review Outcome** |
| 01/21/2015 | AC | 02/02/2015 | Uphold Hear's Decision |
| 01/05/2015 | AC | 01/09/2015 | Uphold Hear's Decision |

**Location :** Albion     **Misconduct Date :** 02/15/2014     **Misconduct Number :** B240294

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 10/05/2014 | 30 |
| **Date Appeal Received by DOC** | **Grounds** | **Review Date** | **Review Outcome** |
| 03/03/2014 | B | 03/04/2014 | Uphold Hear's Decision |

**Location :** Albion     **Misconduct Date :** 02/10/2014     **Misconduct Number :** B240245

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 09/20/2014 | 15 |

**Location:** Albion     **Misconduct Date:** 02/04/2014     **Misconduct Number:** B240300

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 09/05/2014 | 15 |

---

**Location:** Albion     **Misconduct Date:** 12/16/2013     **Misconduct Number:** B329081

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 01 | Assault | Guilty |
| A | 15 | Threaten An Employee Or Their Family Wit | Guilty |
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 04/08/2014 | 150 |

---

**Location:** Albion     **Misconduct Date:** 12/13/2013     **Misconduct Number:** B329078

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 03/24/2014 | 15 |

---

**Location:** Albion     **Misconduct Date:** 11/25/2013     **Misconduct Number:** B587019

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 01 | Assault | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Confiscation Of Contraband |  | 0 |
| Disciplinary Custody | 11/25/2013 | 120 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 12/16/2013 | B | 12/17/2013 | Uphold Hear's Decision |

---

**Location:** Albion     **Misconduct Date:** 09/26/2013     **Misconduct Number:** B592037

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 11/08/2013 | 15 |

---

**Location:** Albion     **Misconduct Date:** 09/16/2013     **Misconduct Number:** B239341

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 08/10/2013 | 30 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 10/14/2013 | B | 10/15/2013 | Modify Punishment |

---

**Location:** Albion     **Misconduct Date:** 08/10/2013     **Misconduct Number:** B554303

\*\*\* Charges Dismissed/ Not Guilty by Hearing.

| Location : Albion | | Misconduct Date :08/10/2013 | Misconduct Number :B554312 |
|---|---|---|---|
| Charge Category | Reference | Charge Description | Verdict |
| A | 16 | Fighting | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| Sanctions Imposed | | Effective Date | No. of Days |
| Disciplinary Custody | | 08/10/2013 | 90 |
| Suspension/removal From Job | | 08/10/2013 | 999 |
| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
| 09/23/2013 | B | 09/24/2013 | Uphold Hear's Decision |
| 09/04/2013 | B | 09/05/2013 | Uphold Hear's Decision |

| Location : Albion | | Misconduct Date :04/24/2013 | Misconduct Number :B046261 |
|---|---|---|---|
| Charge Category | Reference | Charge Description | Verdict |
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| Sanctions Imposed | | Effective Date | No. of Days |
| Disciplinary Custody | | 05/24/2013 | 30 |

| Location : Albion | | Misconduct Date :04/24/2013 | Misconduct Number :B328817 |
|---|---|---|---|
| Charge Category | Reference | Charge Description | Verdict |
| B | 35 | Refusing To Obey An Order | Guilty |
| C | 52 | Any Violation Of A Rule Not Specified As | Guilty |
| Sanctions Imposed | | Effective Date | No. of Days |
| Disciplinary Custody | | 04/24/2013 | 30 |
| Suspension/removal From Job | | 04/24/2013 | 999 |

| Location : Albion | | Misconduct Date :03/14/2012 | Misconduct Number :B235217 |
|---|---|---|---|
| Charge Category | Reference | Charge Description | Verdict |
| A | 01 | Assault | Guilty |
| Sanctions Imposed | | Effective Date | No. of Days |
| Disciplinary Custody | | 06/09/2012 | 60 |
| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
| 03/28/2012 | C | 03/29/2012 | Modify Punishment |

| Location : Albion | | Misconduct Date :02/26/2012 | Misconduct Number :B237352 |
|---|---|---|---|
| Charge Category | Reference | Charge Description | Verdict |
| B | 35 | Refusing To Obey An Order | Guilty |
| Sanctions Imposed | | Effective Date | No. of Days |
| Disciplinary Custody | | 05/10/2012 | 30 |

| Location : Albion | | Misconduct Date :02/10/2012 | Misconduct Number :A912826 |
|---|---|---|---|
| *** Charges Dismissed/ Not Guilty by Hearing. | | | |

| Location : Albion | | Misconduct Date :02/10/2012 | Misconduct Number :B236347 |
|---|---|---|---|
| Charge Category | Reference | Charge Description | Verdict |
| A | 01 | Assault | Guilty |
| Sanctions Imposed | | Effective Date | No. of Days |
| Disciplinary Custody | | 02/10/2012 | 90 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 03/12/2012 | NA | 03/13/2012 | Uphold Hear's Decision |
| 02/22/2012 | NA | 02/23/2012 | Uphold Hear's Decision |

**Location :** Albion   **Misconduct Date :** 10/31/2011   **Misconduct Number :** B042842

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 12/30/2011 | 90 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 11/08/2011 | B | 11/09/2011 | Uphold Hear's Decision |

**Location :** Albion   **Misconduct Date :** 10/30/2011   **Misconduct Number :** B042841

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 10/31/2011 | 60 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 11/08/2011 | B | 11/09/2011 | Uphold Hear's Decision |

**Location :** Albion   **Misconduct Date :** 09/24/2011   **Misconduct Number :** B145078

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 30 | Breaking Restriction, Quarantine Or Info | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 43 | Presence In An Unauthorized Area | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 10/03/2011 | 60 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 10/12/2011 | B | 10/13/2011 | Modify Punishment |

**Location :** Albion   **Misconduct Date :** 09/04/2011   **Misconduct Number :** B145073

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 33 | Using Abusive, Obscene, Or Inappropriate | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Cell Restriction | 09/09/2011 | 30 |
| Suspension/removal From Job | 09/09/2011 | 999 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 09/14/2011 | B | 09/15/2011 | Uphold Hear's Decision |

**Location :** Albion   **Misconduct Date :** 04/19/2011   **Misconduct Number :** A844026

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 36 | | Guilty |

| | | | |
|---|---|---|---|
| B | 38 | Possess Contraband Including Money, Impl Destroying, Altering, Tampering With, Or | Guilty |
| B | 42 | Lying To An Employee | Guilty |

**Sanctions Imposed**
Cell Restriction
Confiscation Of Contraband

**Effective Date**
04/25/2011

**No. of Days**
30
0

---

**Location:** Albion  **Misconduct Date:** 03/22/2010  **Misconduct Number:** A915315

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 26 | Any Criminimal Violation Of The Pa. Crim | Guilty |
| B | 42 | Lying To An Employee | Guilty |

**Sanctions Imposed**
Disciplinary Custody

**Effective Date**
03/30/2010

**No. of Days**
60

---

**Location:** Forest  **Misconduct Date:** 02/16/2009  **Misconduct Number:** A483337
*** Charges Dismissed/ Not Guilty by Hearing.

---

**Location:** Forest  **Misconduct Date:** 02/13/2009  **Misconduct Number:** B101312

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 01 | Assault | Guilty |
| A | 16 | Fighting | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |

**Sanctions Imposed**
Confiscation Of Contraband
Disciplinary Custody
Suspension/removal From Job

**Effective Date**

02/13/2009
02/13/2009

**No. of Days**
0
180
999

---

**Location:** Greene  **Misconduct Date:** 03/20/2008  **Misconduct Number:** A823920
*** Charges Dismissed/ Not Guilty by Hearing.

---

**Location:** Greene  **Misconduct Date:** 03/18/2008  **Misconduct Number:** A823923
*** Charges Dismissed/ Not Guilty by Hearing.

---

**Location:** Greene  **Misconduct Date:** 03/18/2008  **Misconduct Number:** A823928

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

**Sanctions Imposed**
Disciplinary Custody

**Effective Date**
04/01/2008

**No. of Days**
15

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 04/01/2008 | ABC | 04/04/2008 | Uphold Hear's Decision |

---

**Location:** Greene  **Misconduct Date:** 02/02/2007  **Misconduct Number:** A824002

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 35 | Refusing To Obey An Order | Guilty |

**Sanctions Imposed**
Disciplinary Custody

**Effective Date**
02/02/2007

**No. of Days**
10

| Location : Greene | | Misconduct Date :07/13/2006 | Misconduct Number :A546840 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |
| B | 38 | Destroying, Altering, Tampering With, Or | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Confiscation Of Contraband | | | 0 |
| Disciplinary Custody | | 07/18/2006 | 30 |
| **Date Appeal Received by DOC** | **Grounds** | **Review Date** | **Review Outcome** |
| 07/28/2006 | C | 08/07/2006 | Uphold Hear's Decision |
| 07/19/2006 | C | 07/21/2006 | Uphold Hear's Decision |

| Location : Greene | | Misconduct Date :12/23/2005 | Misconduct Number :A563783 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 16 | Fighting | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| B | 36 | Possess Contraband Including Money, Impl | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 12/23/2005 | 135 |

| Location : Greene | | Misconduct Date :10/11/2005 | Misconduct Number :A556983 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 10/11/2005 | 20 |

| Location : Camp Hill | | Misconduct Date :12/16/2004 | Misconduct Number :A679030 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 01/06/2005 | 15 |

| Location : Camp Hill | | Misconduct Date :11/07/2004 | Misconduct Number :A635297 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 01 | Assault | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 11/07/2004 | 60 |

| Location : Camp Hill | Misconduct Date :11/07/2004 | Misconduct Number :A698993 |
|---|---|---|
| *** Charges Dismissed/ Not Guilty by Hearing. | | |

| Location : Somerset | | Misconduct Date :04/14/2001 | Misconduct Number :A342123 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |
| A | 16 | Fighting | Guilty |
| **Sanctions Imposed** | | **Effective Date** | **No. of Days** |
| Disciplinary Custody | | 04/14/2001 | 45 |

| Location : Somerset | | Misconduct Date :09/14/2000 | Misconduct Number :0746033 |
|---|---|---|---|
| **Charge Category** | **Reference** | **Charge Description** | **Verdict** |

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 16 | Fighting | Guilty |
| B | 35 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 09/14/2000 | 60 |

**Location:** Somerset   **Misconduct Date:** 07/15/2000   **Misconduct Number:** 0750774

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| A | 30 | Breaking Restriction, Quarantine Or Info | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 07/19/2000 | 20 |

**Location:** Somerset   **Misconduct Date:** 07/12/2000   **Misconduct Number:** 0750773
*** Charges Dismissed/ Not Guilty by Hearing.

**Location:** Somerset   **Misconduct Date:** 02/10/2000   **Misconduct Number:** 0745268

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| D | 27 | Presence In An Unauthorized Area | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Cell Restriction | 02/14/2000 | 20 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 02/15/2000 | B | 02/16/2000 | Uphold Hear's Decision |

**Location:** Somerset   **Misconduct Date:** 09/24/1999   **Misconduct Number:** 0821777

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 02 | Fighting | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 09/24/1999 | 45 |

| Date Appeal Received by DOC | Grounds | Review Date | Review Outcome |
|---|---|---|---|
| 10/04/1999 | C | 10/06/1999 | Uphold Hear's Decision |

**Location:** Somerset   **Misconduct Date:** 02/04/1999   **Misconduct Number:** 0745947

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 08 | Possession Of Contraband, Money Etc | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Confiscation Of Contraband |  | 0 |
| Disciplinary Custody | 04/04/1999 | 10 |

**Location:** Somerset   **Misconduct Date:** 02/03/1999   **Misconduct Number:** 0745948

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 02 | Fighting | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Disciplinary Custody | 02/03/1999 | 60 |

**Location:** Camp Hill   **Misconduct Date:** 11/28/1998   **Misconduct Number:** A091239

| Charge Category | Reference | Charge Description | Verdict |
|---|---|---|---|
| B | 07 | Refusing To Obey An Order | Guilty |

| Sanctions Imposed | Effective Date | No. of Days |
|---|---|---|
| Cell Restriction | 11/28/1998 | 30 |

Total Number of Misconducts :  74

# Inmate Query - Classification History ReClassification

Welcome CWOPA\crgreenawa

Inmate Apps    Inmate Inquiry    Reports    Photos    JNET

3/15/2019 2:37:39 PM |CR2PRODWEB02|

**JNet Inmate**

FZ2947

Prior Inmate #
DS5994

New Search

### Offender Details

| | | | |
|---|---|---|---|
| **Name:** MAYO, William | **CL/Prog.cd:** 4(5T) Y,H,Z | **Housing Unit:** K-A2-1031-01 | **Inmate Status:** ACTIVE |
| **DOB:** 10/10/1978 | **Sex:** Male | **Race:** Black | **Perm Location:** Smithfield |
| **PBPP #:** | **SID:** | **FBI #:** | **Temp Location:** |
| **RRRI:** | **Rebuttable:** | **Counselor:** Moist, Stephen C | **Detainers:** YES |
| **HOUSING CONCERN** | | **RESTRICTED RELEASE** | |

**Total Score:** 29
**Custody Level:** 4
**Override Custody Level:** 5
**Program Codes:** Y - Lifer
H - High Risk
Z - House In Single Cell

*** Re-Classification Information ***
-------------------------------------------------

**Staff Name:** Ankrom, J
**Title:** CC
**Re-Class Date:** 08/29/2016
**Re-Classify In:** 12 Months
**Reason for Re-Class:** Next Routine Reclassification
**Severity of Current Off:** CC2502A - Murder (1st Degree)
**Severity of Criminal History:** CC3701A1 - Robbery W/serious Bodily Injury
CC3925 - Receiving Stolen Property
CC0907A - Possessing Instrument Of Crime (generally)
**Institutional Violence:** With Weapon/injury Over 6 Mo
**Disciplinary Reports:** Two Or More During Last 6 Months
**Most Severe Rpt/18 Months:** Class I Offense, Category A
**Age:** 37 Years
**Escape History:** Walkoff over 5 years
**Program Compliance:** Partial Compliance
**Work Performance:** Idle Status
**Housing Performance:** Below Average

*** Needs Assessment ***
-------------------

**Emotional Needs:** Active Mh/mr Roster
**Date Most Recent Stablty Rating:** 01/22/2015

**Drug/Alcohol Needs:** Education and Support Groups
**D/A Score:** 02
**Type of Problem:** Drug Problem
**How Found:** Self Report
D/A Tool
Other
**Comments:** History Of Marijuana, Codeine Cough Syrup And Valium Pills.

**Educational Needs:** High School Graduate
**How Found:** Self Report
Education Record
Other
**Comments:** Hsd Received On 6-6-2000.

**Vocational Needs:** Unskilled
**How Found:** Self Report
Employment Record
Other
**Comments:** No Significant Work History.

**Sexual Problems Related to:**
**Severity Of Problem:** None Known

**Remarks/Other Needs Comments:** H And Z Codes Due To Assaultive History And Current Rrl Placement.
Assault M/c On 11-19-15 With Weapon/injury. 63 Misconducts On File.
Rrl Approved 5-25-2016. Self-repots Fta 1998.
Idle Work Due To Rhu/rrl.

*** Override Information ***
-------------------------------------------------