# EXHIBIT 1

RECEIVED
Office of Attorney General

FEB 0 8 2019

Civil Law Division

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT

OF PENNSYLVANIA

\* \* \* \* \* \* \* \*

WILLIAM MAYO,                    \*

    Plaintiff              \*   Case No.

    vs.                    \*   1:18-CV-0878

JOHN E. WETZEL,                  \*

    Defendant              \*

\* \* \* \* \* \* \* \*

DEPOSITION OF

WILLIAM MAYO

January 9, 2019

ORIGINAL

Any reproduction of this transcript is prohibited

without authorization by the certifying agency.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

DEPOSITION

OF

WILLIAM MAYO, taken on behalf of the Defendant

herein, pursuant to the Rules of Civil Procedure,

taken before me, the undersigned, Skyler Hope

Wilson, a Court Reporter and Notary Public in and

for the Commonwealth of Pennsylvania, at the offices

of Pennsylvania Department of Corrections, 1920

Technology Parkway, Mechanicsburg, Pennsylvania, on

Wednesday, January 9, 2019 beginning at 1:38 p.m.

3

```
 1                     A P P E A R A N C E S

 2

 3   WILLIAM MAYO, PRO SE

 4

 5   CALEB C. ENERSON, ESQUIRE

 6   Office of the Attorney General

 7   Civil Litigation Section

 8   15th Floor, Strawberry Square

 9   Harrisburg, PA  17120

10       COUNSEL FOR DEFENDANT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

4

I N D E X

WITNESS: William Mayo (Via Videoconference)

EXAMINATION

   By Attorney Enerson                    7 - 31

5

## EXHIBIT PAGE

| NUMBER | DESCRIPTION | PAGE IDENTIFIED |
|--------|-------------|-----------------|
| Exhibit 1 | Complaint | 16 |

6

1

OBJECTION PAGE

2

3        ATTORNEY                                                PAGE

4                              NONE MADE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7

1          S T I P U L A T I O N

2    ----------------------------------------------------

3    (It is hereby stipulated and agreed by and between

4    counsel for the respective parties that reading,

5    signing, sealing, certification and filing are not

6    waived.)

7    ----------------------------------------------------

8          P R O C E E D I N G S

9    ----------------------------------------------------

10              WILLIAM MAYO,

11   CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND

12   HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS

13   FOLLOWS:

14                  ---

15              EXAMINATION

16                  ---

17   BY ATTORNEY ENERSON:

18        Q.    Good afternoon, Mr. Mayo.

19        A.    Good afternoon.

20        Q.    So we're here for a deposition in your

21   case.  It's William Mayo versus John E. Wetzel,

22   Secretary of the Pennsylvania Department of

23   Corrections, Docketed at 1:18-Civil Docket-0878 in

24   the Middle District Pennsylvania United States

25   District Court.

8

1              For the record, Mr. Mayo, you're

2    appearing via video and you're at SCI Smithfield.

3              Is that correct?

4         A.   Yes.

5         Q.   Okay.

6              And Mr. Mayo, have you been deposed

7    before?

8         A.   Yes.

9         Q.   Okay.

10             So you understand the procedure.  But

11   just to go over a couple of things.  If you don't

12   know the answer to a question, it's perfectly all

13   right for you to indicate that you don't know the

14   answer.

15             If you don't remember something,

16   likewise, it's fine for you indicate that you don't

17   remember something.  We only want testimony that you

18   have knowledge of and that you have memory of.

19             If you don't understand a question,

20   please ask me to - I can either repeat it, I can

21   rephrase the question.  That's not a problem.  If

22   you're having any difficulty hearing me or

23   understanding me, likewise, I want to make sure that

24   there's no confusion about anything that I'm asking

25   you.

9

1          All right?

2     A.     Yes.

3     Q.     And Mr. Mayo, are you currently on any

4   medication or anything of that nature that would

5   impact your ability to give truthful and complete

6   testimony in this deposition here today?

7     A.     Not that I'm aware of.

8     Q.     Okay.

9          Now, I do see in your complaint that you

10  indicate that you have a mental impairment.  What is

11  that impairment?

12    A.     I'm not sure of my diagnosis because the

13  Department of Corrections, psychiatric department

14  won't allow us to possess that type of information.

15    Q.     Okay.

16         How long have you been incarcerated with

17  the - how long have you been in the state prison

18  system?

19    A.     Approximately 14 years.

20    Q.     Okay.

21         So like 2005 or so - 2004, 2005?

22    A.     Yes.

23    Q.     Okay.

24         And prior to - prior to entering the

25  Department of Corrections custody, were you aware of

10

1   any mental health diagnosis that had been made?

2       A.    I have a mental health history that can

3   be traced back to when I was a young kid, but I'm

4   not sure exactly my diagnosis.

5       Q.    Okay.  Okay.

6             That's fine.

7             What are you serving a sentence for, Mr.

8   Mayo?

9       A.    Murder.

10      Q.    Okay.

11            Is that first, or third degree or second,

12  I guess?

13      A.    First degree.

14      Q.    Okay.

15            So you're serving a life sentence then?

16      A.    Yes.

17      Q.    Okay.

18            Now, you indicate in your complaint that

19  starting in November of 2015 and then continuing

20  until January of last year, you were in solitary

21  confinement at SCI Fayette.  What was the reason you

22  were placed into solitary confinement at SCI

23  Fayette, if you remember?

24      A.    I was transferred from SCI Green to SCI

25  Fayette ---

11

1      Q.    Okay.

2      A.    --- November 2015 for an altercation that

3  transpired with staff.

4      Q.    Okay.

5            So you were involved in an altercation

6  with staff at SCI Green?

7      A.    Yes.

8      Q.    Okay.

9            And then after that, you were transferred

10  to SCI Fayette and that's when you were placed into

11  solitary confinement?

12      A.    No, I was placed in solitary confinement

13  November 19th, 2015.

14      Q.    Okay.

15      A.    But they transferred - to SCI Fayette.

16      Q.    Okay.

17            And then you - so I'm assuming that as a

18  result of that altercation with staff at SCI Green

19  you were given a misconduct.

20            Would that be correct?

21      A.    Yes.

22      Q.    Okay.

23            And was being placed in solitary

24  confinement part of the punishment for that

25  misconduct?

12

1          A.     Yes.

2          Q.     Okay.

3                 And at the time what was your

4     understanding for how long you would be in solitary

5     confinement?

6          A.     Well, what transpired at the time was the

7     incident that I was involved with staff at SCI

8     Green, I was transferred to SCI Fayette the very

9     next day which was - which was November 20th, 2015.

10         Q.     Okay.

11         A.     The following week I had a misconduct

12    hearing at SCI Fayette ---

13         Q.     Okay.

14         A.     --- for this incident that transpired as

15    SCI Green of which created conflict because I was

16    not served a copy of the misconduct report.

17    However, I was sanctioned to one year for the

18    allegation.

19         Q.     Okay.

20                So it's - so it's your testimony that you

21    never received the misconduct paperwork prior to

22    your hearing?

23         A.     Yes.

24         Q.     Okay.

25                Did you appeal that misconduct?

13

1      A.     Yes, I reserved that administrative
2  hearing.
3      Q.     Okay.
4             And I'm assuming then that you did not
5  receive a favorable response from the prison in
6  relation to your misconduct appeal?
7      A.     No, there was no help all the way
8  through.
9      Q.     Okay.  Okay.
10            And you believe the date of your
11 misconduct was about a week after you came to SCI
12 Fayette?
13     A.     Approximately, yes.
14     Q.     Okay.
15            So - and in November 2015, beginning of
16 December sometime in that time period?
17     A.     Yes.
18     Q.     Okay.  Okay.
19            So you said that you were sentenced to
20 one year of solitary confinement as a result of that
21 misconduct.  So after that year, so that would place
22 us in November or December of 2016, why were you
23 still in solitary confinement, if you know?
24     A.     Since my transfer at SCI Fayette, I've
25 caught several additional misconducts.

14

1        Q.     Okay.

2               And so then they tacked on additional

3    time as result of those misconducts?

4        A.     Yes.

5        Q.     Okay.  Okay.

6               And then what was the reason that you -

7    if you know, for your transfer to SCI Smithfield

8    from SCI Fayette?

9        A.     I wasn't never notified.  I was never

10   notified about this transfer.

11       Q.     Okay.

12              So you don't know the reason that you

13   were transferred?

14       A.     Yes, I would probably assume that it

15   wasn't for disciplinary reason because being

16   transferred from SCI Fayette to SCI Smithfield.

17   Where I'm currently house now, I was on AC status.

18       Q.     Okay.

19       A.     So it kind of clarifies within itself

20   that I wasn't transferred for any disciplinary

21   measures.

22       Q.     Okay.

23              And you've been at SCI Smithfield since -

24   for about a year since last January?

25       A.     Yes, January 9th, 2018.

15

1      Q.    Okay.

2            And you had indicated that you had

3   received several misconducts after your misconduct

4   at SCI - as a result of what happened at SCI Green.

5   Is it your understanding that you're still serving

6   the disciplinary time for those misconducts, or is

7   it your understanding that you've served all that

8   time?

9      A.    Part of the disciplinary time that I

10  accumulated at SCI Fayette, I've done prior to my

11  transfer here to SCI Smithfield.

12     Q.    Okay.  Okay.

13           So what is your understanding as far as

14  why you're solitary confinement currently at SCI

15  Smithfield?

16     A.    Like I specified in the context of my

17  complaint, my counselor was doing a tour at SCI

18  Fayette and I requested if he could put me for a

19  time cut.  It's like a protocol that's implemented

20  at SCI Fayette.

21           To where you go a substantial amount of

22  time without catching a misconduct, they would

23  consider the - cutting the time that you've already

24  accumulated.  And my counselor notified them that I

25  was placed on a restrict release list.

Sargent's Court Reporting Service, Inc.
(814) 536-8908

16

1      Q.    Okay.

2            So - and I'll get to that in a moment.  I

3  just wanted to follow-up on a couple additional

4  things.  You indicate in your complaint and I'm

5  looking at paragraph 11 which I'm making Exhibit 1

6  to this - to this deposition.

7                          ---

8      (Whereupon, Defendant's Exhibit 1, Complaint,

9      was marked for identification.)

10                         ---

11  BY ATTORNEY ENERSON:

12     Q.    That you are on the active mental roster.

13  How long have you been on the mental health roster;

14  if you know?

15     A.    I was placed on the mental health roster

16  in SCI Green.

17     Q.    Okay.

18     A.    I'm not sure - I'm not sure the exact

19  date, but I can guestimate about a year prior to my

20  incident.

21     Q.    Okay.

22           So November 2014 approximately?

23           Since that time?

24     A.    Give or take.

25     Q.    Okay.

17

1          And you also indicate that you're taking

2     two different psych medications.  Do you know what

3     those medications are?

4          A.     One of them is called Zoloft.

5          Q.     Okay.

6          A.     And one of them is called Visceral.

7          Q.     Okay.

8               And what those to treat - used to treat;

9     if you know?

10         A.     I'm not sure.

11         Q.     Okay.

12         A.     This coincides with the psychiatric

13    department diagnosis.

14         Q.     Okay.

15         A.     All of those for -.

16         Q.     Okay.  Okay.

17              So what was the date that you first

18    learned that you were on the restricted release

19    list?

20         A.     June 10th, 2016.

21         Q.     Okay.  Okay.

22              And that's when your counselor informed

23    you that you had been placed on the restricted

24    release list.  Is that how you found out?

25         A.     That's correct.

18

1    Q.    Okay.

2          And who was your counselor at that time?

3    A.    It's been so long that I don't recall his

4    name.

5    Q.    Okay.  That - okay.

6          That's fine.  Okay.

7          And once you learned that you were on the

8    restricted release list, what was your understanding

9    as far as how you can be removed from the restricted

10   release list?

11   A.    I did some research in the prison's mini

12   law library trying to discover if they had any

13   recourse.  On June 13th approximately three days

14   after being notified, I filed an appeal.

15   Q.    Okay.  Okay.

16         And you name Secretary Wetzel as the

17   Defendant in this case.  Is that because it's your

18   understanding that he has control over the

19   restricted release list?

20   A.    It was my understanding that he

21   ultimately places prisoners and/or remove prisoners

22   on the restricted release list.

23   Q.    Okay.

24         And to the best of your knowledge, is

25   your placement on that list reviewed at any

19

1   particular time?

2        A.    I was told by my management team here at

3   SCI Smithfield they're getting reviewed once a year

4   at my annual review which is in August.

5        Q.    Okay.

6        A.    Earlier part.

7        Q.    Okay.

8              And I'm assuming that your annual review

9   has not resulted in you being removed from that list

10  at any point from - I guess 2016 to the present.

11             Is that correct?

12       A.    Correct.

13       Q.    Okay.

14             And do you know what information is used

15  to make that determination?

16       A.    I'm not sure.  I did some research like a

17  - I mentioned a couple minutes ago in regard to

18  redress that I had discovered anything to assist me

19  in the process.

20       Q.    Okay.

21             Do you see the program review committee

22  currently at SCI Smithfield?

23       A.    Yes.

24       Q.    And how often is that?

25       A.    I see the program review committee once

20

1    every 90 days.

2         Q.    Okay.

3         A.    Like I never saw the program review

4    committee frequently in tours in unit to address

5    concerns, et cetera.

6         Q.    Okay.  Okay.

7               And while you have been in solitary

8    confinement for the period that's covered in this

9    lawsuit, have you been able to obtain any access to

10   medical staff?

11        A.    I don't understand your question.

12        Q.    Do you see - despite the fact that you're

13   in solitary confinement, are you still able to see

14   medical staff if needed?

15        A.    Are you speaking regards to PA or psych

16   department?

17        Q.    Any sort of medical treatment?

18        A.    The DOC has established protocols to

19   where you can request - see the medical department

20   by filing a sick call request form.

21        Q.    Okay.

22               And have you used the sick call to

23   contact medical at all during the time period

24   discussed in your complaint?

25        A.    Quite a few times.

21

1       Q.     Okay.

2              Do you have an estimate of how many times

3  - and if you don't, that's fine.  Just -.

4       A.     We have a psych - psychiatrist that works

5  the unit that did rounds.

6       Q.     Okay.

7       A.     One twice a day.  So she would stop past

8  my cell.  It's a - she was Miss Keen.

9       Q.     Okay.

10      A.     You know, to our door, I mean, to address

11 some concerns of my conditions that have weighed on

12 me mentally and et cetera.

13             I requested countless times for

14 individual treatment, but she asserted that given my

15 circumstance, there's not much treatment that she

16 can offer.

17      Q.     Okay.

18             So this individual that you just referred

19 to at - did you say Miss Keens I think it was?  You

20 see her -

21      A.     Miss Keen.

22      Q.     - okay.

23             And she comes through the RHU you said

24 about every day or every other day.

25             Is that correct?

22

1      A.    For the most part, she's here every day

2   because her office is in the unit.

3      Q.    Okay.

4            And so that's the person that you've been

5   - that's there at Smithfield.  Was there a similar

6   individual in place while you were at SCI Fayette?

7      A.    We had psych that used - work the unit,

8   but I don't recall his office actually being on the

9   unit.

10      Q.    Okay.  Okay.

11      A.    So that's -.

12      Q.    Okay.

13            Do you know how often you would see that

14   individual at SCI - at SCI Fayette approximately?

15      A.    I would estimate twice a week.  If need

16   be the unit stopped - you know, just tours the unit

17   regularly, I would estimate twice a week.

18      Q.    Okay.

19            And the medications that you're on, have

20   you been on those - since 2015 or is that more

21   recent?

22      A.    Sounds about right 2015.

23      Q.    Okay.

24      A.    I wanted - I believe it's from 2014.

25      Q.    2014.  Okay.  All right.

23

1          You indicate that you were admitted to a

2    psychiatric observation cell in June of 2017.  Could

3    you explain to me what caused that?

4          A.    I was alleged to have a mental breakdown.

5    I guess at the time being in the RHU for solitary

6    confinement for so long.  It was starting to weigh

7    on me mentally.

8          Q.    Okay.

9                And what - how long were you - were you

10   in that - in the psychiatric observation cell?

11         A.    I was alleged to be unattached with

12   reality at the time.  So I don't know exactly, but I

13   would assume just a few days.

14         Q.    Okay.  Okay.

15               And so would it - would it be correct to

16   say that you don't really remember much about that -

17   those few days?

18         A.    No - yes, correct.

19         Q.    Okay.

20               Do you know if - do you know if you were

21   seen by a psychiatrist during that time at all?

22         A.    I was told once I was released from the

23   psychiatric observation cell.  What all transpired,

24   I don't remember per se.

25         Q.    As a result of being admitted to that

24

1  psychiatric observation cell, do you know if you

2  received any change or any additions to your medical

3  or mental health treatment?

4      A.   I'm not 100 percent certain, but if my

5  recollection serves me correct, I believe at that

6  time the dosages of my medication was increased.

7      Q.   Okay.  Okay.

8           And - one moment.  And if you could

9  explain to me the - how being in solitary

10  confinement has affected you?

11      A.   I often find myself having suicidal

12  thoughts.

13      Q.   Okay.  Okay.

14           And have you informed staff about that

15  issue?

16      A.   Probably I was in the observation cell

17  which I been in since last March.  So they can

18  monitor me.

19      Q.   Okay.

20           So you're currently in an observation

21  cell right now?

22      A.   Yes.

23      Q.   Okay.

24           And you've been there since March of last

25  year?

25

1          A.     Yes.

2          Q.     And that's based on your references to

3   self-harm.

4                 Is that correct?

5          A.     I want to believe so, yes.

6          Q.     Okay.  Okay.

7                 And - okay.

8                 Prior to 2015, had you'd been in solitary

9   confinement before?

10         A.     Yes.

11         Q.     Okay.

12                And do you know when approximately that

13  would've been and for how long of a period that

14  would've been?

15         A.     I been in solitary confinement quite a

16  few times throughout my incarceration here with the

17  Department of Corrections.

18         Q.     Okay.

19         A.     But I don't recall exactly how long -

20         Q.     Okay.

21         A.     - each stint.

22         Q.     Okay.

23                And do you remember why you were in

24  solitary confinement for those prior times?

25         A.     Variety of things.  I mean, I've been

26

1    incarcerated like mentioned some while ago, well

2    over a decade.

3         Q.    Uh-huh (yes).

4         A.    So I've been caught - my share of

5    encounter reports.

6         Q.    Okay.

7         A.    But never for as long as I've been in

8    solitary as of right now.

9         Q.    Okay.

10              So some of those prior instances of

11   solitary confinement, it would be due to misconducts

12   and things of that nature?

13        A.    Yes.  Some reports, I was in solitary

14   confinement for weeks.  Some reports I was in

15   solitary confinement for months, but never years.

16        Q.    Okay.  Okay.  Okay.

17              Mr. Mayo, I believe that's all the

18   questions I have for you at this time.

19              What we're going to do is the court

20   reporter has been transcribing this deposition.

21   Once she has prepared it, I will send a copy of it

22   to the institution.  I'll send you a letter letting

23   you know that it's available.  You're not able to

24   keep a copy of it because it's property of the court

25   reporter.

27

1          But you will then have a chance to review

2     the transcript and do what's called read and sign.

3     And that's basically if after reviewing the

4     transcript you think there are any errors in the

5     transcript, you would have a chance to note those

6     and explain what you think the error and what - how

7     it should be correct.  And then that will be

8     included as part of the transcript.

9          So I'm not sure - we're talking probably

10    a few weeks before that would occur.  But like I

11    said, I will send a letter to you letting you know

12    when it's ready for you to view.  And I also contact

13    the superintendent assistant and - so that a time

14    can be arranged for you to review the transcript.

15         A.    All right.

16               Two questions for you?

17         Q.    Sure.

18         A.    If you don't mind?

19         Q.    Oh, no.  Sure.  Go ahead.

20         A.    One question is in regard to what you

21    just mentioned.  Has the law changed because like

22    when initial questions were asked if this is my

23    first time being deposed, -

24         Q.    Uh-huh (yes).

25         A.    - and my answer was no.  I have

28

1   deposition transcripts in my cell.  Has the law

2   changed to where it prevents me from being able to

3   possess the transcribed record?

4         Q.    It's not a matter of whether or not

5   you're allowed to possess it.  The issue is I don't

6   have the authority to give you a copy of the

7   transcript for free.  Your - you can contact - the

8   information for the court reporting service will be

9   on the transcript, but you have to make arrangements

10  with them as far as obtaining a copy of it.

11          I can't simply just turn over a copy of

12  it to you because it's - I have to buy from her and

13  you would have to make arrangements to obtain the

14  transcript with the Agency.

15        A.    Okay.

16          I pretty much understand that granted.

17  But wouldn't the deposition be a part of discovery?

18        Q.    I mean, your deposition is part of

19  discovery, but again, the deposition - the

20  transcript itself is not - it's not my property to

21  turn over to you - to turn over or not to turn over.

22  So that's why I wouldn't be able to just give you a

23  copy of it.

24        A.    So when you file your response to plead,

25  let's just say that you was, that wouldn't be

29

1    stipulated to?

2         Q.    If I were file something on the docket

3    and I included a copy of the transcript as part of

4    that filing, then yes, obviously you'd have - we

5    send you a copy of it as well.  But I can't just

6    independently give you a copy of the transcript for

7    your own use.  But if I file something with the

8    court that has the transcript included as an

9    attachment or an exhibit, obviously, you would have

10   whatever is filed with the court.

11        A.    Understood.

12              One last question.

13        Q.    Sure.

14        A.    I filed an order to compel - pretty sure

15   you got a copy of it.  I was trying to get some

16   information as far as my placement on restricted

17   release list.  Because according to my research,

18   there's no formal redress that I was able to obtain

19   myself.

20        Q.    Okay.

21              Did you say you filed a motion to compel?

22        A.    Yes.

23              Filed a motion to compel.

24        Q.    Okay. Okay.

25              I don't have a copy of the docket in

30

1    front of me.

2        A.    11/6/2018.

3        Q.    Okay.

4              I know you filed a motion for default,

5    which the court ultimately denied.  I don't remember

6    seeing any sort of motion to compel, but again, I

7    don't have the - all the court paperwork in front of

8    me at this time.

9              I'll go back and look and - when I get

10   back to the office and I'll see if there's anything

11   like that I have in my records from you.  And if

12   there is, I'll certainly - I'll send you over

13   whatever response is warrant.  And if there isn't

14   and if I don't have a record of anything, then I'll

15   let you know that as well.

16       A.    If it don't pose a burden on you, I would

17   highly appreciate it.

18       Q.    I'm sorry?

19       A.    If it don't pose a burden on you, I would

20   highly appreciate it.

21       Q.    And certainly, I'll make sure to - I'll

22   let you know either way what I find out as soon as I

23   get back.  And then I'll write you a letter

24   explaining that.

25       A.    Thank you.

31

1        Q.      Okay.   Okay.

2                Thank you very much for your time, Mr.

3  Mayo.

4                    *  *  *  *  *  *  *  *

5                DEPOSITION CONCLUDED AT 2:10 P.M.

6                    *  *  *  *  *  *  *  *

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

32

1    COMMONWEALTH OF PENNSYLVANIA    )

2    COUNTY OF DAUPHIN                )

3                        CERTIFICATE

4          I, Skyler Hope Wilson, a Notary Public in and

5    for the Commonwealth of Pennsylvania, do hereby

6    certify:

7          That the foregoing proceedings, deposition of

8    William Mayo, was reported by me on 01-09-19 and that

9    I, Skyler Hope Wilson, read this transcript, and that

10   I attest that this transcript is a true and accurate

11   record of the proceeding.

12         That the witness was first duly sworn to

13   testify to the truth, the whole truth, and nothing but

14   the truth and that the foregoing deposition was taken

15   at the time and place stated herein.

16         I further certify that I am not a relative,

17   employee or attorney of any of the parties, nor a

18   relative or employee of counsel, and that I am in no

19   way interested directly or indirectly in this action.

20   Dated the 6th day of February, 2019.

21   ┌─────────────────────────────────────────┐
     │ Commonwealth of Pennsylvania - Notary Seal │
     │   Skyler Hope Wilson, Notary Public        │
22   │           Dauphin County                   │         Skyler Hope Wilson,
     │ My Commission Expires April 6, 2022        │
23   │     Commission Number 1330992              │            Court Reporter
     └─────────────────────────────────────────┘

24

25

## A

**ability** 9:5
**able** 20:9,13
  26:23 28:2
  28:22
  29:18
**AC** 14:17
**access** 20:9
**accumulated**
  15:10,24
**accurate**
  32:10
**action** 32:19
**active** 16:12
**additional**
  13:25 14:2
  16:3
**additions**
  24:2
**address** 20:4
  21:10
**administ...**
  13:1
**admitted**
  23:1,25
**afternoon**
  7:18,19
**agency** 1:24
  28:14
**ago** 19:17
  26:1
**agreed** 7:3
**ahead** 27:19
**allegation**
  12:18
**alleged** 23:4
  23:11
**allow** 9:14
**allowed** 28:5
**altercation**
  11:2,5,18
**amount** 15:21
**and/or** 18:21
**annual** 19:4
  19:8
**answer** 8:12
  8:14 27:25
**appeal** 12:25
  13:6 18:14
**appearing**

8:2
**appreciate**
  30:17,20
**approxim...**
  9:19 13:13
  16:22
  18:13
  22:14
  25:12
**arranged**
  27:14
**arrangem...**
  28:9,13
**asked** 27:22
**asking** 8:24
**asserted**
  21:14
**assist** 19:18
**assistant**
  27:13
**assume** 14:14
  23:13
**assuming**
  11:17 13:4
  19:8
**attachment**
  29:9
**attest** 32:10
**attorney** 3:6
  4:5  6:3
  7:17 16:11
  32:17
**August** 19:4
**authority**
  28:6
**authoriz...**
  1:24
**available**
  26:23
**aware** 9:7,25

## B

**back** 10:3
  30:9,10,23
**based** 25:2
**basically**
  27:3
**beginning**
  2:10 13:15
**behalf** 2:3

**believe**
  13:10
  22:24 24:5
  25:5 26:17
**best** 18:24
**breakdown**
  23:4
**burden** 30:16
  30:19
**buy** 28:12

## C

**C** 3:1,5  7:8
  2:7 32:1,5
**CALEB** 3:5
**call** 20:20
  20:22
**called** 7:11
  17:4,6
  27:2
**can't** 28:11
  29:5
**case** 1:6
  7:21 18:17
**catching**
  15:22
**caught** 13:25
  26:4
**caused** 23:3
**cell** 21:8
  23:2,10,23
  24:1,16,21
  28:1
**certain** 24:4
**certainly**
  30:12,21
**CERTIFICATE**
  32:3
**certific...**
  7:5
**certify** 32:6
  32:16
**certifying**
  1:24
**cetera** 20:5
  21:12
**chance** 27:1
  27:5
**change** 24:2
**changed**
  27:21 28:2

**circumst...**
  21:15
**Civil** 2:4
  3:7
**clarifies**
  14:19
**coincides**
  17:12
**comes** 21:23
**committee**
  19:21,25
  20:4
**Commonwe...**
  2:7 32:1,5
**compel** 29:14
  29:21,23
  30:6
**complaint**
  5:5  9:9
  10:18
  15:17 16:4
  16:8 20:24
**complete** 9:5
**concerns**
  20:5 21:11
**CONCLUDED**
  31:5
**conditions**
  21:11
**confinement**
  10:21,22
  11:11,12
  11:24 12:5
  13:20,23
  15:14 20:8
  20:13 23:6
  24:10 25:9
  25:15,24
  26:11,14
  26:15
**conflict**
  12:15
**confusion**
  8:24
**consider**
  15:23
**contact**
  20:23
  27:12 28:7
**context**

15:16
**continuing**
  10:19
**control**
  18:18
**copy** 12:16
  26:21,24
  28:6,10,11
  28:23 29:3
  29:5,6,15
  29:25
**correct** 8:3
  11:20
  17:25
  19:11,12
  21:25
  23:15,18
  24:5 25:4
  27:7
**Corrections**
  2:8  7:23
  9:13,25
  25:17
**counsel** 3:10
  7:4 32:18
**counselor**
  15:17,24
  17:22 18:2
**countless**
  21:13
**COUNTY** 32:2
**couple** 8:11
  16:3 19:17
**court** 1:1
  2:6  7:25
  26:19,24
  28:8 29:8
  29:10 30:5
  30:7 32:23
**covered** 20:8
**created**
  12:15
**currently**
  9:3 14:17
  15:14
  19:22
  24:20
**custody** 9:25
**cut** 15:19
**cutting**

15:23

**D**

D 4:1  7:8
date 13:10
  16:19
  17:17
Dated 32:20
DAUPHIN 32:2
day 12:9
  21:7,24,24
  22:1  32:20
days 18:13
  20:1  23:13
  23:17
decade 26:2
December
  13:16,22
default 30:4
Defendant
  1:9  2:3
  3:10  18:17
Defendant's
  16:8
degree 10:11
  10:13
denied 30:5
department
  2:8  7:22
  9:13,13,25
  17:13
  20:16,19
  25:17
deposed 8:6
  27:23
deposition
  1:12  2:1
  7:20  9:6
  16:6  26:20
  28:1,17,18
  28:19  31:5
  32:7,14
DESCRIPTION
  5:4
despite
  20:12
determin...
  19:15
diagnosis
  9:12  10:1

10:4  17:13
different
  17:2
difficulty
  8:22
directly
  32:19
discipli...
  14:15,20
  15:6,9
discover
  18:12
discovered
  19:18
discovery
  28:17,19
discussed
  20:24
District 1:1
  1:2  7:24
  7:25
DOC 20:18
docket 29:2
  29:25
Docket-0878
  7:23
Docketed
  7:23
doing 15:17
don't 8:11
  8:13,15,16
  8:19  14:12
  18:3  20:11
  21:3  22:8
  23:12,16
  23:24
  25:19
  27:18  28:5
  29:25  30:5
  30:7,14,16
  30:19
door 21:10
dosages 24:6
due 26:11
duly 7:12
  32:12

**E**

E 1:8  3:1,1
  4:1  7:8,8

7:21
Earlier 19:6
either 8:20
  30:22
employee
  32:17,18
encounter
  26:5
Enerson 3:5
  4:5  7:17
  16:11
entering
  9:24
error 27:6
errors 27:4
ESQUIRE 3:5
established
  20:18
estimate
  21:2  22:15
  22:17
et 20:5
  21:12
exact 16:18
exactly 10:4
  23:12
  25:19
EXAMINATION
  4:4  7:15
exhibit 5:1
  5:5  16:5,8
  29:9
explain 23:3
  24:9  27:6
explaining
  30:24

**F**

fact 20:12
far 15:13
  18:9  28:10
  29:16
favorable
  13:5
Fayette
  10:21,23
  10:25
  11:10,15
  12:8,12
  13:12,24

14:8,16
  15:10,18
  15:20  22:6
  22:14
February
  32:20
file 28:24
  29:2,7
filed 18:14
  29:10,14
  29:21,23
  30:4
filing 7:5
  20:20  29:4
find 24:11
  30:22
fine 8:16
  10:6  18:6
  21:3
first 7:12
  10:11,13
  17:17
  27:23
  32:12
Floor 3:8
follow-up
  16:3
following
  7:11  12:11
FOLLOWS 7:13
foregoing
  32:7,14
form 20:20
formal 29:18
found 17:24
free 28:7
frequently
  20:4
front 30:1,7
further
  32:16

**G**

G 7:8
General 3:6
getting 19:3
give 9:5
  16:24  28:6
  28:22  29:6
given 11:19

21:14
go 8:11
  15:21
  27:19  30:9
going 26:19
Good 7:18,19
granted
  28:16
Green 10:24
  11:6,18
  12:8,15
  15:4  16:16
guess 10:12
  19:10  23:5
guestimate
  16:19

**H**

happened
  15:4
Harrisburg
  3:9
health 10:1
  10:2  16:13
  16:15  24:3
hearing 8:22
  12:12,22
  13:2
help 13:7
highly 30:17
  30:20
history 10:2
Hope 2:5
  32:4,9,22
house 14:17

**I**

I'll 16:2
  26:22  30:9
  30:10,12
  30:12,14
  30:21,21
  30:23
I'm 8:24  9:7
  9:12  10:3
  11:17  13:4
  14:17  16:4
  16:5,18,18
  17:10  19:8
  19:16  24:4

27:9 30:18
**I've** 13:24
  15:10
  25:25 26:4
  26:7
**identifi...**
  16:9
**IDENTIFIED**
  5:4
**impact** 9:5
**impairment**
  9:10,11
**implemented**
  15:19
**incarcer...**
  9:16 26:1
**incarcer...**
  25:16
**incident**
  12:7,14
  16:20
**included**
  27:8 29:3
  29:8
**increased**
  24:6
**independ...**
  29:6
**indicate**
  8:13,16
  9:10 10:18
  16:4 17:1
  23:1
**indicated**
  15:2
**indirectly**
  32:19
**individual**
  21:14,18
  22:6,14
**information**
  9:14 19:14
  28:8 29:16
**informed**
  17:22
  24:14
**initial**
  27:22
**instances**
  26:10

**institution**
  26:22
**interested**
  32:19
**involved**
  11:5 12:7
**isn't** 30:13
**issue** 24:15
  28:5
**it's** 7:21
  8:12,16
  12:20,20
  15:19 18:3
  18:17 21:8
  22:24
  26:23,24
  27:12 28:4
  28:12,20

---
**J**
---
**January** 1:14
  2:10 10:20
  14:24,25
**John** 1:8
  7:21
**June** 17:20
  18:13 23:2

---
**K**
---
**Keen** 21:8,21
**Keens** 21:19
**keep** 26:24
**kid** 10:3
**kind** 14:19
**know** 8:12,13
  13:23 14:7
  14:12
  16:14 17:2
  17:9 19:14
  21:10
  22:13,16
  23:12,20
  23:20 24:1
  25:12
  26:23
  27:11 30:4
  30:15,22
**knowledge**
  8:18 18:24

---
**L**
---
**L** 7:1
**law** 18:12
  27:21 28:1
**lawsuit** 20:9
**learned**
  17:18 18:7
**let's** 28:25
**letter** 26:22
  27:11
  30:23
**letting**
  26:22
  27:11
**library**
  18:12
**life** 10:15
**likewise**
  8:16,23
**list** 15:25
  17:19,24
  18:8,10,19
  18:22,25
  19:9 29:17
**Litigation**
  3:7
**long** 9:16,17
  12:4 16:13
  18:3 23:6
  23:9 25:13
  25:19 26:7
**look** 30:9
**looking** 16:5

---
**M**
---
**making** 16:5
**management**
  19:2
**March** 24:17
  24:24
**marked** 16:9
**matter** 28:4
**Mayo** 1:5,13
  2:3 3:3
  4:3 7:10
  7:18,21
  8:1,6 9:3
  10:8 26:17
  31:3 32:8
**mean** 21:10

25:25
  28:18
**measures**
  14:21
**Mechanic...**
  2:9
**medical**
  20:10,14
  20:17,19
  20:23 24:2
**medication**
  9:4 24:6
**medications**
  17:2,3
  22:19
**memory** 8:18
**mental** 9:10
  10:1,2
  16:12,13
  16:15 23:4
  24:3
**mentally**
  21:12 23:7
**mentioned**
  19:17 26:1
  27:21
**Middle** 1:2
  7:24
**mind** 27:18
**mini** 18:11
**minutes**
  19:17
**misconduct**
  11:19,25
  12:11,16
  12:21,25
  13:6,11,21
  15:3,22
**misconducts**
  13:25 14:3
  15:3,6
  26:11
**moment** 16:2
  24:8
**monitor**
  24:18
**months** 26:15
**motion** 29:21
  29:23 30:4
  30:6

**Murder** 10:9

---
**N**
---
**N** 3:1 4:1
  7:1,8
**name** 18:4,16
**nature** 9:4
  26:12
**need** 22:15
**needed** 20:14
**never** 12:21
  14:9,9
  20:3 26:7
  26:15
**Notary** 2:6
  32:4
**note** 27:5
**notified**
  14:9,10
  15:24
  18:14
**November**
  10:19 11:2
  11:13 12:9
  13:15,22
  16:22
**NUMBER** 5:4

---
**O**
---
**O** 7:1,8
**OBJECTION**
  6:1
**observation**
  23:2,10,23
  24:1,16,20
**obtain** 20:9
  28:13
  29:18
**obtaining**
  28:10
**obviously**
  29:4,9
**occur** 27:10
**offer** 21:16
**office** 3:6
  22:2,8
  30:10
**offices** 2:7
**Oh** 27:19
**okay** 8:5,9

Page 4

```
9:8,15,20
9:23 10:5
10:5,10,14
10:17 11:1
11:4,8,14
11:16,22
12:2,10,13
12:19,24
13:3,9,9
13:14,18
13:18 14:1
14:5,5,11
14:18,22
15:1,12,12
16:1,17,21
16:25 17:5
17:7,11,14
17:16,16
17:21,21
18:1,5,5,6
18:15,15
18:23 19:5
19:7,13,20
20:2,6,6
20:21 21:1
21:6,9,17
21:22 22:3
22:10,10
22:12,18
22:23,25
23:8,14,14
23:19 24:7
24:7,13,13
24:19,23
25:6,6,7
25:11,18
25:20,22
26:6,9,16
26:16,16
28:15
29:20,24
29:24 30:3
31:1,1
once 18:7
 19:3,25
 23:22
 26:21
order 29:14
```

─── P ───

```
P 3:1,1 7:1
 7:8
p.m 2:10
 31:5
PA 3:9 20:15
PAGE 5:1,3
 6:1,3
paperwork
 12:21 30:7
paragraph
 16:5
Parkway 2:9
part 11:24
 15:9 19:6
 22:1 27:8
 28:17,18
 29:3
particular
 19:1
parties 7:4
 32:17
Pennsylv...
 1:3 2:7,8
 2:9 7:22
 7:24 32:1
 32:5
percent 24:4
perfectly
 8:12
period 13:16
 20:8,23
 25:13
person 22:4
place 13:21
 22:6 32:15
placed 10:22
 11:10,12
 11:23
 15:25
 16:15
 17:23
placement
 18:25
 29:16
places 18:21
Plaintiff
 1:6
plead 28:24
please 8:20
point 19:10
```

```
pose 30:16
 30:19
possess 9:14
 28:3,5
prepared
 26:21
present
 19:10
pretty 28:16
 29:14
prevents
 28:2
prior 9:24
 9:24 12:21
 15:10
 16:19 25:8
 25:24
 26:10
prison 9:17
 13:5
prison's
 18:11
prisoners
 18:21,21
PRO 3:3
probably
 14:14
 24:16 27:9
problem 8:21
procedure
 2:4 8:10
proceeding
 7:11 32:11
proceedings
 32:7
process
 19:19
program
 19:21,25
 20:3
prohibited
 1:23
property
 26:24
 28:20
protocol
 15:19
protocols
 20:18
psych 17:2
```

```
 20:15 21:4
 22:7
psychiatric
 9:13 17:12
 23:2,10,23
 24:1
psychiat...
 21:4 23:21
Public 2:6
 32:4
punishment
 11:24
pursuant 2:4
put 15:18
```

─── Q ───

```
question
 8:12,19,21
 20:11
 27:20
 29:12
questions
 26:18
 27:16,22
quite 20:25
 25:15
```

─── R ───

```
R 3:1 7:8
read 27:2
 32:9
reading 7:4
ready 27:12
reality
 23:12
really 23:16
reason 10:21
 14:6,12,15
recall 18:3
 22:8 25:19
receive 13:5
received
 12:21 15:3
 24:2
recollec...
 24:5
record 8:1
 28:3 30:14
 32:11
records
```

```
 30:11
recourse
 18:13
redress
 19:18
 29:18
references
 25:2
referred
 21:18
regard 19:17
 27:20
regards
 20:15
regularly
 22:17
relation
 13:6
relative
 32:16,18
release
 15:25
 17:18,24
 18:8,10,19
 18:22
 29:17
released
 23:22
remember
 8:15,17
 10:23
 23:16,24
 25:23 30:5
remove 18:21
removed 18:9
 19:9
repeat 8:20
rephrase
 8:21
report 12:16
reported
 32:8
reporter 2:6
 26:20,25
 32:23
reporting
 28:8
reports 26:5
 26:13,14
reproduc...
```

1:23
**request**
  20:19,20
**requested**
  15:18
  21:13
**research**
  18:11
  19:16
  29:17
**reserved**
  13:1
**respective**
  7:4
**response**
  13:5 28:24
  30:13
**restrict**
  15:25
**restricted**
  17:18,23
  18:8,9,19
  18:22
  29:16
**result** 11:18
  13:20 14:3
  15:4 23:25
**resulted**
  19:9
**review** 19:4
  19:8,21,25
  20:3 27:1
  27:14
**reviewed**
  18:25 19:3
**reviewing**
  27:3
**RHU** 21:23
  23:5
**right** 8:13
  9:1 22:22
  22:25
  24:21 26:8
  27:15
**roster** 16:12
  16:13,15
**rounds** 21:5
**Rules** 2:4

**S**

**S** 3:1 7:1,8
**sanctioned**
  12:17
**saw** 20:3
**SCI** 8:2
  10:21,22
  10:24,24
  11:6,10,15
  11:18 12:7
  12:8,12,15
  13:11,24
  14:7,8,16
  14:16,23
  15:4,4,10
  15:11,14
  15:17,20
  16:16 19:3
  19:22 22:6
  22:14,14
**se** 3:3 23:24
**sealing** 7:5
**second** 10:11
**Secretary**
  7:22 18:16
**Section** 3:7
**see** 9:9
  19:21,25
  20:12,13
  20:19
  21:20
  22:13
  30:10
**seeing** 30:6
**seen** 23:21
**self-harm**
  25:3
**send** 26:21
  26:22
  27:11 29:5
  30:12
**sentence**
  10:7,15
**sentenced**
  13:19
**served** 12:16
  15:7
**serves** 24:5
**service** 28:8
**serving** 10:7
  10:15 15:5

**share** 26:4
**she's** 22:1
**sick** 20:20
  20:22
**sign** 27:2
**signing** 7:5
**similar** 22:5
**simply** 28:11
**Skyler** 2:5
  32:4,9,22
**Smithfield**
  8:2 14:7
  14:16,23
  15:11,15
  19:3,22
  22:5
**solitary**
  10:20,22
  11:11,12
  11:23 12:4
  13:20,23
  15:14 20:7
  20:13 23:5
  24:9 25:8
  25:15,24
  26:8,11,13
  26:15
**soon** 30:22
**sorry** 30:18
**sort** 20:17
  30:6
**Sounds** 22:22
**speaking**
  20:15
**specified**
  15:16
**Square** 3:8
**staff** 11:3,6
  11:18 12:7
  20:10,14
  24:14
**starting**
  10:19 23:6
**state** 9:17
**stated** 32:15
**States** 1:1
  7:24
**status** 14:17
**stint** 25:21
**stipulated**

  7:3 29:1
**stop** 21:7
**stopped**
  22:16
**Strawberry**
  3:8
**substantial**
  15:21
**suicidal**
  24:11
**superint...**
  27:13
**sure** 8:23
  9:12 10:4
  16:18,18
  17:10
  19:16 27:9
  27:17,19
  29:13,14
  30:21
**sworn** 7:12
  32:12
**system** 9:18

**T**

**T** 7:1,1
**tacked** 14:2
**take** 16:24
**taken** 2:3,5
  32:14
**talking** 27:9
**team** 19:2
**Technology**
  2:9
**TESTIFIED**
  7:12
**testify**
  32:13
**testimony**
  8:17 9:6
  12:20
**Thank** 30:25
  31:2
**that's** 8:21
  10:6 11:10
  15:19
  17:22,25
  18:6 20:8
  21:3 22:4
  22:5,11

  25:2 26:17
  27:3 28:22
**there's** 8:24
  21:15
  29:18
  30:10
**they're** 19:3
**things** 8:11
  16:4 25:25
  26:12
**think** 21:19
  27:4,6
**third** 10:11
**thoughts**
  24:12
**three** 18:13
**time** 12:3,6
  13:16 14:3
  15:6,8,9
  15:19,22
  15:23
  16:23 18:2
  19:1 20:23
  23:5,12,21
  24:6 26:18
  27:13,23
  30:8 31:2
  32:15
**times** 20:25
  21:2,13
  25:16,24
**today** 9:6
**told** 19:2
  23:22
**tour** 15:17
**tours** 20:4
  22:16
**traced** 10:3
**transcribed**
  28:3
**transcri...**
  26:20
**transcript**
  1:23 27:2
  27:4,5,8
  27:14 28:7
  28:9,14,20
  29:3,6,8
  32:9,10
**transcripts**

Case 1:18-cv-00878-CCC-MP   Document 45-1   Filed 09/13/19   Page 40 of 40

Page 6

transfer
 13:24  14:7
 14:10
 15:11
transferred
 10:24  11:9
 11:15  12:8
 14:13,16
 14:20
transpired
 11:3  12:6
 12:14
 23:23
treat 17:8,8
treatment
 20:17
 21:14,15
 24:3
true 32:10
truth 32:13
 32:13,14
truthful 9:5
trying 18:12
 29:15
turn 28:11
 28:21,21
 28:21
twice 21:7
 22:15,17
two 17:2
 27:16
type 9:14

**U**
U 7:1
Uh-huh 26:3
 27:24
ultimately
 18:21 30:5
unattached
 23:11
undersigned
 2:5
understand
 8:10,19
 20:11
 28:16
understa...
 8:23 12:4
 15:5,7,13

 18:8,18,20
Understood
 29:11
unit 20:4
 21:5 22:2
 22:7,9,16
 22:16
United 1:1
 7:24
use 29:7

**V**
Variety
 25:25
versus 7:21
video 8:2
Videocon...
 4:3
view 27:12
Visceral
 17:6
vs 1:7

**W**
waived 7:6
want 8:17,23
 25:5
wanted 16:3
 22:24
warrant
 30:13
wasn't 14:9
 14:15,20
way 13:7
 30:22
 32:19
we're 7:20
 26:19 27:9
Wednesday
 2:10
week 12:11
 13:11
 22:15,17
weeks 26:14
 27:10
weigh 23:6
weighed
 21:11
Wetzel 1:8
 7:21 18:16

what's 27:2
William 1:5
 1:13 2:3
 3:3 4:3
 7:10,21
 32:8
Wilson 2:6
 32:4,9,22
witness 4:3
 7:11 32:12
won't 9:14
work 22:7
works 21:4
would've
 25:13,14
wouldn't
 28:17,22
 28:25
write 30:23

**X**
X 4:1

**Y**
year 10:20
 12:17
 13:20,21
 14:24
 16:19 19:3
 24:25
years 9:19
 26:15
you'd 25:8
 29:4
you're 8:1,2
 8:22 10:15
 15:5,14
 17:1 20:12
 22:19
 24:20
 26:23 28:5
you've 14:23
 15:7,23
 22:4 24:24
young 10:3

**Z**
Zoloft 17:4

**0**

01-09-19
 32:8

**1**
1 5:5 16:5,8
1:18-Civil
 7:23
1:18-CV-...
 1:7
1:38 2:10
100 24:4
10th 17:20
11 16:5
11/6/2018
 30:2
13th 18:13
14 9:19
15th 3:8
16 5:5
17120 3:9
1920 2:8
19th 11:13

**2**
2:10 31:5
2004 9:21
2005 9:21,21
2014 16:22
 22:24,25
2015 10:19
 11:2,13
 12:9 13:15
 22:20,22
 25:8
2016 13:22
 17:20
 19:10
2017 23:2
2018 14:25
2019 1:14
 2:10 32:20
20th 12:9

**3**
31 4:5

**4**

**5**

**6**

6th 32:20

**7**
7 4:5

**8**

**9**
9 1:14 2:10
90 20:1
9th 14:25

Sargent's Court Reporting Services, Inc.
(814)-536-8909