IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | No. 1:18-CV-0878 |
| **Plaintiff** | : | |
| | : | Chief Judge John E. Jones, III |
| v. | : | Magistrate Judge Schwab |
| | : | *Electronically Filed Document* |
| **JOHN E. WETZEL,** | : | |
| **Defendant** | : | *Complaint Filed 04/23/18* |

## STATUS REPORT

Pursuant to the Court's Order (Doc. 73) directing a status report in this case, the Defendants report the following. *First,* as to consenting to a Magistrate Judge, the parties are not in agreement to consent. *Second,* as to a settlement conference, given that the Plaintiff's last demand was to be removed from solitary confinement, and the Defendant is unwilling to agree to that demand, the Defendant does not desire to participate in a settlement conference at this time.

　　　　　　　　　　　　　　　　**Respectfully submitted,**

　　　　　　　　　　　　　　　　**JOSH SHAPIRO**
　　　　　　　　　　　　　　　　**Attorney General**

　　　　　　　　　　　　By: *s/ Caleb C. Enerson*
　　　　　　　　　　　　　　　　**CALEB CURTIS ENERSON**
**Office of Attorney General**　　　**Deputy Attorney General**
**15th Floor, Strawberry Square**　**Attorney ID 313832**
**Harrisburg, PA 17120**
**Phone: (717) 705-5774**　　　　**KAREN M. ROMANO**
　　　　　　　　　　　　　　　　**Chief Deputy Attorney General**
cenerson@attorneygeneral.gov　　**Civil Litigation Section**

**Date: January 14, 2021**　　　　**Counsel for Defendant**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | No. 1:18-CV-0878 |
| **Plaintiff** | : | |
| | : | **Chief Judge John E. Jones, III** |
| v. | : | **Magistrate Judge Schwab** |
| | : | **Electronically Filed Document** |
| **JOHN E. WETZEL,** | : | |
| **Defendant** | : | *Complaint Filed 04/23/18* |

## CERTIFICATE OF SERVICE

I, Caleb Curtis Enerson, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on the 14th of January, 2021, I caused to be served a true and correct copy of the foregoing document to the Plaintiff via hand delivery through staff at the Department of Corrections.

        *s/ Caleb C. Enerson*
**Caleb Curtis Enerson**
Deputy Attorney General