# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | No. 1:18-CV-0878 |
| **Plaintiff** | : | |
| | : | **Chief Judge John E. Jones, III** |
| v. | : | |
| | : | **Electronically Filed Document** |
| **JOHN E. WETZEL,** | : | |
| **Defendant** | : | *Complaint Filed 04/23/18* |

## SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT

AND NOW, comes the Defendant, through his undersigned counsel, and respectfully requests this Honorable Court to grant this Supplemental Motion for Summary Judgment, pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1. The Defendant is also submitting a Supplemental Brief in Support and a Supplemental Statement of Material Facts, along with attached and referenced evidentiary materials.

WHEREFORE, for the reasons set forth in the Supplemental Statement of Material Facts and Supplemental Brief in Support, the Defendant respectfully requests that this Court grant his Supplemental Motion for Summary Judgment.

2

                              **Respectfully submitted,**

                              **JOSH SHAPIRO**
                              **Attorney General**

                    **By:**  *s/ Caleb Curtis Enerson*
                              **CALEB CURTIS ENERSON**

**Office of Attorney General**      **Deputy Attorney General**
**15th Floor, Strawberry Square**  **Attorney ID 313832**
**Harrisburg, PA 17120**
**Phone: (717) 705-5774**          **KAREN M. ROMANO**
**Fax:   (717) 772-4526**         **Chief Deputy Attorney General**
**cenerson@attorneygeneral.gov**

**Date:  March 3, 2021**               *Counsel for Defendant*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | No. 1:18-CV-0878 |
| **Plaintiff** | : | |
| | : | **Chief Judge John E. Jones, III** |
| **v.** | : | |
| | : | **Electronically Filed Document** |
| **JOHN E. WETZEL,** | : | |
| **Defendant** | : | *Complaint Filed 04/23/18* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2021, I caused to be served a true and correct copy of the foregoing document to the Plaintiff via **hand delivery in a sealed envelope** through staff at the Department of Corrections.

*s/Caleb Curtis Enerson*
**CALEB CURTIS ENERSON**
**Deputy Attorney General**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | No. 1:18-CV-0878 |
| **Plaintiff** | : | |
| | : | **Chief Judge John E. Jones, III** |
| v. | : | |
| | : | **Electronically Filed Document** |
| **JOHN E. WETZEL,** | : | |
| **Defendant** | : | *Complaint Filed 04/23/18* |

## ORDER

AND NOW, this _____ day of _____, 2021, upon consideration of the SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT, it is hereby ordered that the motion is GRANTED. Judgment is entered in favor of Defendant Wetzel and against Plaintiff on the Plaintiff's Eighth Amendment conditions of confinement claim.

By the Court:

_____

**JOHN E. JONES, III**
**Chief Judge**
**Middle District of Pennsylvania**