IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MAYO, | : | No. 1:18-CV-0878 |
| Plaintiff | : | |
| | : | Chief Judge John E. Jones, III |
| v. | : | |
| | : | **Electronically Filed Document** |
| JOHN E. WETZEL, | : | |
| Defendant | : | *Complaint Filed 04/23/18* |

## SUPPLEMENTAL STATEMENT OF MATERIAL FACTS

Defendant hereby submits this following Supplemental Statement of Undisputed Material Facts in support of his Supplemental Motion for Summary Judgment, pursuant to Local Rule 56.1. The Defendant submits that there is no issue to be tried in connection with the following undisputed material facts:

1. The Plaintiff has been in solitary confinement since November 19, 2015. Plaintiff's Deposition (Doc. 45-1, p. 13).[1]

2. The Plaintiff has been on the mental health roster since approximately November of 2014. *Id.* at p. 18.

3. The Plaintiff receives medication for his psychiatric issues. *Id.* at p. 19.

4. The Plaintiff has had access to a psychiatrist during his time in solitary confinement. *Id.* at pp. 23-24.

---

[1] All page numbers refer to the ECF page number.

5. After being admitted to a psychiatric evaluation cell in 2017, the Plaintiff's medication dosages were increased. *Id.* at pp. 25-26.

                                                    **Respectfully submitted,**

                                                    **JOSH SHAPIRO**
                                                    **Attorney General**

                                       **By:**  *s/ Caleb C. Enerson*
                                                    **CALEB C. ENERSON**

**Office of Attorney General**        **Deputy Attorney General**
**Civil Litigation Section**             **Attorney ID #313832**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**                **KAREN M. ROMANO**
**Phone: (717) 705-5774**            **Chief, Civil Litigation Division**
**cenerson@attorneygeneral.gov**

**Date: March 3, 2021**              *Counsel for Defendant*

## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | No. 1:18-CV-0878 |
| **Plaintiff** | : | |
| | : | **Chief Judge John E. Jones, III** |
| v. | : | |
| | : | **Electronically Filed Document** |
| **JOHN E. WETZEL,** | : | |
| **Defendant** | : | *Complaint Filed 04/23/18* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2021, I caused to be served a true and correct copy of the foregoing document to the Plaintiff via **hand delivery in a sealed envelope** through staff at the Department of Corrections.

 *s/Caleb Curtis Enerson*
**CALEB CURTIS ENERSON**
**Deputy Attorney General**