Mr. William Mayo # FZ-2947
SCI-Phoenix
1200 MoKychic Drive
Collegeville, Pa. 19426

April 12, 2021

Mr. Caleb C. Enerson, Esq.
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, Pa. 17120

**FILED**
HARRISBURG, PA
APR 15 2021
PER ___IBR___
DEPUTY CLERK

Re: William Mayo v. John E. Wetzel, NO. 1:18-CV-0878

Dear Mr. Enerson,

I'm writing you this brief notation in retrospect to what I reported to the Magistrate Judge (Hon. Susan E. Schwab) on November 12, 2020 at the scheduled status hearing and contrary to the letter that you sent me [dated 11-17-20] regarding you awarding staff on the unit the opportunity to retaliate against me concerning how you keep continuously sending your pleading(s). I mean, you put on the Certificate of Service"...[you] caused to be served a true and correct copy of the foregoing document to Plaintiff via hand delivery in a sealed envelope through staff at the

(1 of 3)

Department of Corrections." (Id) However it wasn't in a envelope nor sealed upon delivery and I personally observed it being read and ~~committing~~ commented on upon delivery which I have a grievance pending review, so I'm again requesting if you can stop awarding staff the opportunity to retaliate/interfere with my pending action to avoid having to supplement the foregoing action, particularly for the following two (2) reasons: (1) you being the Attorney General you're familiar with the retaliatory antic(s) of staff in the DOC and (2) I have a criminal case that I'm attempting to re-litigate and as abovementioned you keep continuously awarding/persuading staff to start denying me access to the Law Library (which it has already started) and it is ultimately interfering with my pursuit to seek my freedom, so enclosing I'm again requesting if you can stop.

P.S. I have no intent to file a reply brief in opposition to your reply brief granted its going to take a substantial amount of time for my pending grievance to take its course and having to keep nagging staff to attend the Law library is agitating.

(2)

Respectfully submitted,

_ul Mayo_

cc: file (Hon. Judge John E. Jones III)

Mr. William Mayo # FZ-2947
SCI-Phoenix
1200 Mokychic Drive
Collegeville, Pa. 19426

April 12, 2021

The U.S. District Court
P.O. Box 983
228 Walnut St.
Harrisburg, Pa. 17108

Re: William Mayo v. John E. Wetzel, NO. 1:18-CV-0878

To: the Clerk of Court,

   Please find enclosed a document that I would like to request if you can file it, on my behalf, upon the Hon. Judge John E. Jones III in my pursuit of having it apart of the record at your earliest convenience?

   If you was so kind to honor my request I would like to utilize this opportunity to thank you in advance.

Respectfully submitted,
W. Mayo

cc: file

<7
