**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | **CIVIL ACTION NO. 1:18-CV-878** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **JOHN E. WETZEL,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 26th day of October, 2022, upon consideration of Plaintiff's motion "to clarify," (Doc. 101), in which Plaintiff appears to be seeking a status update on this case following denial of Defendant's supplemental motion for summary judgment, and the court observing that this case has been referred to the Prison Litigation Settlement Program, and further observing that Joseph Barrett, Esquire—Alternative Dispute Resolution Coordinator for the Middle District of Pennsylvania—has informed the court that settlement discussions between the parties are ongoing, it is hereby ORDERED that Plaintiff's motion to clarify (Doc. 101) is GRANTED only insofar as the court will, if necessary, issue a pretrial scheduling order in due course should mediation between the parties prove unsuccessful.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania