IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | CIVIL ACTION NO. 1:18-CV-878 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL,** | : | |
| | : | |
| **Defendant** | : | |

## CASE MANAGEMENT ORDER

AND NOW, this 12th day of December, 2022, it is hereby ORDERED that:

1. The following dates and deadlines shall govern the trial phase of the above-captioned civil action:

   | | |
   |---|---|
   | **Motions *in Limine* and Supporting Briefs:** | March 31, 2023 |
   | **Pretrial Memoranda:** | April 28, 2023 |
   | **Proposed *Voir Dire*:** | April 28, 2023 |
   | **Joint *Voir Dire* Statement:** | April 28, 2023 |
   | **Proposed Points for Charge:** | April 28, 2023 |
   | **Proposed Special Interrogatories and Verdict Forms:** | April 28, 2023 |
   | **Deposition Objections:** | April 28, 2023 |
   | **Pretrial Conference:** | May 24, 2023, 10:00 a.m. |

2. Jury selection and trial shall commence at **9:30 a.m. on Tuesday, May 30, 2023**, in Courtroom #2, Ninth Floor, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania. Counsel are ATTACHED for trial.

3. The May 24, 2023 pretrial conference shall take place in Courtroom #2, Ninth Floor, United States Courthouse and Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

4. Trials will commence following completion of jury selection for the court's monthly jury trial list. Counsel should note that criminal matters scheduled for the same day will take priority and may delay the beginning of the civil trial list.

5. Counsel and *pro se* parties are responsible for reviewing the court's civil practice order as pertains to pretrial and trial matters. The Clerk of Court is directed to docket and provide the parties with a copy of said civil practice order.

                                                /S/ CHRISTOPHER C. CONNER
                                                Christopher C. Conner
                                                United States District Judge
                                                Middle District of Pennsylvania