Mr. William Mayo # FZ-2947
SCI-Phoenix
1200 Mokychic Drive
Collegeville, Pa. 19426

FILED
HARRISBURG, PA
DEC 21 2022
PER _____
DEPUTY CLERK

December 19, 2022

The Hon. Judge Christopher C. Conner
United States District Court
P.O. Box 983, 228 Walnut Street
Harrisburg, Pennsylvania 17108

Re: William Mayo v. John E. Wetzel, NO. 1:18-CV-0878

To: (the) Hon. Judge Conner

   I'm writing you this letter in regard to both the Case Management Order and Civil Practice Order of December 12, 2022 to request if you can possibly schedule a settlement conference where the appointed mediator (i.e. Mr. Joseph Barrett, Esq.) could be present, so a formal discussion can be conducted instead of messages and correspondences being conveyed which has created a unorthodox communication.

   Be that as it may, I'm sending you this letter for the following two (2) reasons: (1) I don't have the

(1 of 3)

address to the appointed mediator (I just spoke to him on the phone sometime ago) and (2) Me contemplating submitting a motion to the court for the appointment of counsel, yet it hasn't been established if befendant is or isn't up for settlement only a bunch of miscommunications' and I would like this specific question answered so I can start to prepare for trial and know if the motion for the appointment of counsel would be necessary, so its my hope that you can honor my request at your earliest convenience.

   If you was so kind to honor my request I would like to utilize this opportunity to thank you in advance.

Respectfully submitted,<br>_W. Mayo_

cc: file

I hereby certify that I am depositing in the U.S. mail a true and correct copy of the foregoing correspondence upon the person(s) in the manner indicated below:

service by first-class mail
address as follow

The Hon. Judge Christopher C. Conner
United States District Court
P.O. Box 983
228 Walnut Street
Harrisburg, Pa. 17108

Ms. Lindsey A. Bedell, Esq.
Pa. Department of Corrections
1920 Technology Parkway
Mechanicsburg, Pa. 17050

*william mayo*
Mr. William Mayo #FZ-2947
SCI-Phoenix
1200 Mokychic Drive
Collegeville, Pa. 19426

Date: December 19, 2022

(3)

Mr. William Mayo # FZ-2947
SCI Phoenix
1200 Mokychic Drive
Collegeville, Pa. 19426

Filed
HARRISBURG, PA
DEC 21 2022
_____
DEPUTY CLERK

December 19, 2022

The Clerk of Court
U.S. District Court
P.O. Box 983
228 Walnut Street
Harrisburg, Pa. 17108

Re: William Mayo v. John E. Wetzel, NO. 1:18-CV-0878

To: (the) Clerk of Court

Please find enclosed a letter that I would like to request if you can make the necessary arrangements so The Hon Judge Christopher C. Conner can receive it at your earliest convenience?

If you was so kind to honor my request I would like to utilize this opportunity to thank you in advance.

Respectfully submitted,
W. Mayo

cc: file

Mr. William Mayo #FZ-2947
SCI·Phoenix
1200 MoKychic Drive
Collegeville, Pa. 19426

**RECEIVED**
HARRISBURG, PA

DEC 21 2022

PER_____
DEPUTY CLERK

To: (the) Clerk of Court
U.S. District Court
P.O. Box 983
228 Walnut Street
Harrisburg, Pa. 17108



17108$2566 C000

"Inmate Mail - PA DEPT. OF CORRECTIONS"