In The United States District Court For The Middle District of Pennsylvania

William Mayo,
    Plaintiff,

v

John E. Wetzel,
    Defendant.

Civil Action No. 1:18-CV-0878

Hon. Judge Christopher C. Conner

Civil Rights Complaint

FILED
HARRISBURG, PA
JAN 11 2023
PER _____ DEPUTY CLERK

## Motion To Strike

Now comes Plaintiff, William Mayo pro se litigant, whom would like to motion this Court pursuant to Rule 12(f) Fed.R.Civ.P. to strike Defendants' December 13, 2022 motion for mental examination of Plaintiff given the doctrine of res judicata arguably stand at its cornerstone which Plaintiff submit in support thereof:

## Relevant Procedural History

1. This action has been subject to a initial motion for summary judgement, a motion for reconsideration and a supplemental motion for summary judgement all of which has been

(1 of 4)

subsequently denied.

2. The Court on December 12, 2022 issued a case management order (which accompanied a civil practice order), yet Defendants' the very next day, as a antic, filed a motion for mental examination of Plaintiff.

3. Plaintiff would like to utilize this opportunity to emphasize his assertion of Defendants' motion being "a antic" for the following three (3) reasons: (1) a Rule 35 motion is typically filed prior to discovery being closed, (2) within the context of the aforesaid motion Defendants' insinuated that Plaintiff has been in solitary confinement for 29 months [i.e. Paragraph 5], however Plaintiff has been in solitary confinement for a total of seven (7) consecutive years and (3) Defendants' contention that the aforesaid motion being a prerequisite to engage in [a] settlement discussion [i.e. Paragraph 18] is preposterous and there isn't any standard of law to substantiate.

Secondary Claim For Review

(2)

4. Defendants' also assert "at this time, the parties are still attempting to discuss settlement." [i.e. Paragraph 4] and "Lastly, Defendant is unable to meaningfully engage in settlement discussions without obtaining an independent medical evaluation of the Plaintiff to determine the extent of his injuries, if any." [i.e. Paragraph 13(Id)]

5. The clearcut contradiction is evident, yet aside from the obvious there isn't any evidence on record to corroborate that any attempt has been to initiate a settlement discussion - only Defendants' blatant attempt to display a antic which has record base evidence to substantiate as abovementioned arguably raise to a level of res judicata.

## Conclusion

Wherefore, Plaintiff respectfully request if this Court can grant his motion to strike Defendants' motion for mental examination of Plaintiff and a settlement conference can be scheduled prompt to include Plaintiff, the Mediator (i.e. Mr. Joseph Barrett, Esq.) and Counsel for Defendant (i.e. Ms.

(3)

Lindsey A. Bedell, Esq.) at the Court's earliest convenience.

*William Mayo*
Mr. William Mayo # FZ-2947
SCI Phoenix
1200 Mokychic Drive
Collegeville, Pa. 19426

Date: January 9, 2023

(4)

Mr. William Mayo # FZ-2947
SCI-Phoenix
1200 Mokychic Drive
Collegeville, Pa. 19426

January 9, 2023

The Clerk of Court
U.S. District Court
P.O. Box 983
228 Walnut St.
Harrisburg, Pa. 17108

Re: William Mayo v. John E. Wetzel, NO. 1:18-CV-0878

To: (the) Clerk of Court,

Please find enclosed a motion that I would like to request if you can file it, on my behalf, at your earliest convenience.

If you was so kind to honor my request I would like to utilize this opportunity to thank you in advance.

Respectfully submitted,
W. Mayo

cc: file

In The United States District Court For The Middle District Of Pennsylvania

William Mayo,
    Plaintiff,

v

John E. Wetzel,
    Defendant.

Civil Action No. 1:18-CV-0878
Hon. Judge Christopher C. Conner

Civil Rights Complaint

## Index

FILED
HARRISBURG, PA
JAN 1 1 2023
PER _____ DEPUTY CLERK

1. Motion To Strike
2. Declaration In Support Of Motion To Strike
   Exhibit A
3. Brief In Support Of Motion To Strike
4. Certificate Of Service

William Mayo
Mr. William Mayo #FZ-2947
SCI-Phoenix
1200 Mokychic Drive
Collegeville, Pa. 19426

Date: January 9, 2023

Mr. William Mayo #FZ-2947
SCI-Phoenix
1200 MoKychic Drive
Collegeville, Pa. 19426

**RECEIVED**
HARRISBURG, PA

JAN 11 2023

PER_____
DEPUTY CLERK



neopost
01/09/2023
US POSTAGE $001.32

ZIP 19426
041M122522

To: (the) Clerk of Court
U.S. District Court
P.O. Box 983
228 Walnut St
Harrisburg, Pa. 17108

"Inmate