IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIAM MAYO,** | : CIVIL ACTION NO. 1:18-CV-878 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **JOHN E. WETZEL,** | : |
| **Defendant** | : |

## **ORDER**

AND NOW, this 11th day of January, 2023, upon consideration of Defendants' pending motion to compel medical examination (Doc. 107) and brief in support (Doc. 108), which were filed on December 13, 2022, and served on Plaintiff via Smart Communications the same day, (see Doc. 107 at 5; Doc. 108 at 8), and further upon consideration of Plaintiff's recent motion (Doc. 110) "to strike" Defendants' motion to compel medical examination, in which Plaintiff simply opposes Defendants' motion to compel medical examination, it is hereby ORDERED that Plaintiff's motion to strike (Doc. 110) is CONSTRUED as a brief in opposition to Defendants' motion to compel medical examination. The Clerk of Court is directed to terminate the motion to strike (Doc. 110) and Defendants, if desired, may file a reply brief within 14 days of the date of this Order, see M.D. PA. RULE 7.7.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania