IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | **CIVIL ACTION NO. 1:18-CV-878** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JOHN E. WETZEL,** | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 24th day of January, 2023, upon consideration of this court's January 19, 2023 order (Doc. 115) granting Defendant's motion for a mental examination of plaintiff William Mayo, and the court observing that its January 19 order directed that, "[p]ursuant to Rule 35(a)(2)(B), Defendant shall confer with Mayo, Dr. Voskanian, and SCI Phoenix to determine a suitable date, time, and place for the mental examination, as well as the 'manner, conditions, and scope of the examination' so that the court can issue an appropriate scheduling order," (Doc. 115 at 2 (citing FED. R. CIV. P. 35(a)(2)(B))), and further observing that Defendant's response (Doc. 116) contains only a proposed date and start time for the video mental health evaluation by Dr. Voskanian, (see id.), and thus is not responsive to this court's order regarding the "manner, conditions, and scope of the examination," FED. R. CIV. P. 35(a)(2)(B), Defendant is hereby ORDERED to provide

the necessary details for the examination required by the Federal Rules of Civil Procedure so that this Court can issue an appropriate scheduling order.

/S/  CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania