IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | CIVIL ACTION NO. 1:18-CV-878 |
| | : | |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN E. WETZEL,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 25th day of January, 2023, upon consideration of this court's January 19, 2023 order (Doc. 115) granting Defendant's motion for a mental examination of plaintiff William Mayo, and pursuant to Federal Rule of Civil Procedure 35(a)(2)(B), it is hereby ORDERED that Defendant's expert psychiatrist, Dr. Pogos Voskanian, is permitted to perform a comprehensive mental health evaluation of Mayo, consistent with Federal Rule of Civil Procedure 35, by conducting an examination of Mayo at SCI Phoenix starting at 9:00 a.m. on January 27, 2023; the examination will be conducted via face-to-face interview through Zoom with verbal questions, will be premised upon Mayo's complaint in this civil action, will be conducted within the usual scope of medical practice, and will have the purpose of assessing the inmate's overall mental health functioning and needs.

/S/  CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania