FILED
HARRISBURG, PA
FEB 08 2023
PER _____ TRC
DEPUTY CLERK

Mr. William Mayo #FZ-2947
SCI·Phoenix
1200 Mokychic Dr.
Collegeville, Pa. 19426

February 6, 2023

The Prison Litigation Settlement Program
Mr. Joseph Barrett, Esq. (Alternative Dispute Resolution Coordinator for the Middle District of Pennsylvania)
P.O. Box 983
228 Walnut Street
Harrisburg, Pa. 17108

Re: William Mayo v. John E. Wetzel, NO. 1:18·CV·0878

To: Mr. Barrett, Esq.

I'm writing you this brief notation to inform you that I received a notification from the administration here at SCI·Phoenix establishing that I have a telephone conference call scheduled with you on February 2, 2023 (at 10:15 AM), yet upon being escorted to the designated area I noticed that the connection wasn't made, so if all possible can you drop me a few lines to let me know both what transpired and what's the status with counsel for Defendant (i.e. Ms. Lindsey A Bedell, Esq.) willing-

(1 of 2)

ness to settle this action?

    Be that as it may, I emphasize "willingness to settle" given I've been contemplating motioning the court for the appointment of counsel if this matter has to proceed to Trial, so can you get back to Me at your earliest convenience.

    If you was so kind to honor my request I would like to utilize this opportunity to thank you in advance.

Respectfully submitted,<br>W. Mayo

cc: file

(2)

Smart Communications/PADOC
SCI- Phoenix
Name Mr. William Mayo
Number FZ-2947
PO Box 33028
St Petersburg FL 33733

RECEIVED
HARRISBURG, PA
FEB 08 2023
PER _____ DEPUTY CLERK

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

neopost
02/06/2023
US POSTAGE $000.60⁰

ZIP 19426
041M12252211

To: (the) Prison Litigation Settlement Program
Mr. Joseph Barrett, Esq. (alternative Dispute Resolution Coordinator for the Middle District of Pennsylvania)
P.O. Box 983
228 Walnut Street
Harrisburg, Pa. 17108

1710830983 B011