IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO** | ) | CIVIL NO. 1:18-CV-878 |
| | ) | |
| v. | ) | (Judge Conner) |
| | ) | |
| **JOHN E. WETZEL** | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**UNITED STATES OF AMERICA TO THE WARDEN,
SCI PHOENIX, COLLEGEVILLE, PA**

**GREETINGS:**

**YOU ARE COMMANDED TO PRODUCE NOW**, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on **March 1, 2023** at **10:00 a.m.**, the person of **WILLIAM MAYO**, whom it is alleged you legally restrain of his liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said **WILLIAM MAYO** be heard on the criminal charges above referred to, charging violation of 26 U.S.C. § 7201 and 26 U.S.C. § 7202 and you are directed to keep the said prisoner safe in custody and confine him from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said **WILLIAM MAYO** to SCI PHOENIX, COLLEGEVILLE, PA to serve the balance of the sentence or sentences heretofore posed.

HEREIN FAIL NOT and do return make hereof.

WITNESS my signature on this, the 9th day of February, 2023.

I certify and return that I (partially) (fully) executed the within Writ of Habeas Corpus ad (Test) (Pros) or Order by transporting the within named William Mayo from the SCI Phoenix to the NRG Fed Building This 1 day of March 20 23.

_Cody Klay_
Deputy U.S. Marshal M/PA

/S/ CHRISTOPHER C. CONNER
[ X ] United States District Judge
[   ] United States Magistrate Judge

FILED
HARRISBURG, PA

MAR 0 1 2023

PER _____
DEPUTY CLERK