Mr. William Mayo # FZ-2947
SCI-Phoenix
1200 Mokychic Drive
Collegeville, Pa. 19426

March 1, 2023

Ms. Lindsey A. Bedell, Esq.
Pa. Department of Corrections
1920 Technology Parkway
Mechanicsburg, Pa. 17050

FILED
SCRANTON
MAR 0 6 2023
Per_____
DEPUTY CLERK

Re: William Mayo v. John E. Wetzel, NO. 1:18-CV-0878

To: Ms. Bedell, Esq.

I'm dropping you these few lines in regard to something that I was contemplating upon my ride back to SCI-Phoenix from our scheduled mediation hearing to inform you that I'm kind of apprehensive about consenting to a individualized step down plan to facility my release to General Population ("GP") to be housed on specifically QA for one particular reason: what if we agree to settle this action pursuant to the statutory provision of 18 U.S.C. § 3626(c)(2) and the administration here at SCI Phoenix and/or Central Office (somehow) change

(1 of 3)

their mind - I wouldn't be able to effectively seek redress, so if we can agree on reasonable terms of a individualized step down plan I'm going to request a additional stipulation: ~~that Judge Conner be made aware of the aforesaid terms as assurance that it would be adhered to~~ which Rule 16(C)(I) Fed.R.Civ.P. would be the controlling authority, especially granted my release to GP stands at the cornerstone of this action.

Be that as it may, I been in solitary confinement for seven (7) consecutive years, so I would assume that the individualized step down plan would be for months and **not** years, yet I would be open for a extensive length of GP probation.

Continued Proposal For settlement

1) The indefinite z-code [i.e. single cell status] as a security blanket that I don't have to worry about having any issue(s) with that in the future.

2) I would assume that the individualized step down plan **won't** consist of me just staying in the cell all day, so the five (5) pair of sneakers

(2)

and sneaker exemption to accommodate my ankle injury by providing extra comfort when I walk. I mean, I can only surmise that I'm going to be required to do janitorial work and etc...

3) a copy of my optometry Report from a eye examination at SCI-Fayette on February 15, 2017.

4) The reasonable monetary sum that I initially proposed.

Respectfully Submitted,

w. mayo

cc: file (Mr. Joseph A. Barrett, Esq)



Smart Communications/PADOC
SCI- Phoenix
Name Mr. William Mayo
Number FZ-2947
PO Box 33028
St Petersburg FL 33733

RECEIVED
SCRANTON
MAR 06 2023
PER [signature]
DEPUTY CLERK

PA DEPARTMENT OF
CORRECTIONS
INMATE MAIL

To: Mr. Joseph A. Barrett, Esq
Alternative Dispute Resolution Coordinator
United States District Court
235 North Washington Avenue
P.O. Box 1148
Scranton, Pa. 18501-1148

neopost
03/02/2023
US POSTAGE $000.60
ZIP 19426
041M12252211