

**Peter J. Welsh**
Clerk of Court

Office of the Clerk

**UNITED STATES DISTRICT COURT**
for the
**Middle District of Pennsylvania**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600 Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920

Williamsport:
(570) 323-6380

(*Electronically Filed*)

March 10, 2023

The Honorable Christopher C. Conner
United States District Judge
United States District Court, Middle District of Pennsylvania
228 Walnut Street, P.O. Box 847
Harrisburg, PA 17108-0847

Re: Mayo v. Wetzel, Civil No. 1: 18-CV-878 (Conner, J.)

Dear Judge Conner:

The matter is not settled. Thank you for appointing me to serve as mediator in this case.

          Sincerely,

          *s/ Joseph A. Barrett*
          Joseph A. Barrett