IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MAYO,** | : | CIVIL ACTION NO. 1:18-CV-878 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JOHN E. WETZEL,** | : | |
| Defendant | : | |

## CASE MANAGEMENT ORDER

AND NOW, this 24th day of April, 2023, upon consideration of this court's recent conditional appointment of counsel for Plaintiff, (Doc. 127), and the court observing that the Pennsylvania Institutional Law Project is considering providing representation to Plaintiff but needs additional time to meet with Plaintiff and review his case, it is hereby ORDERED that:

1. The following amended dates and deadlines shall govern the trial phase of the above-captioned civil action:

   | | |
   |---|---|
   | **Pretrial Memoranda:** | September 22, 2023 |
   | **Proposed *Voir Dire*:** | September 22, 2023 |
   | **Joint *Voir Dire* Statement:** | September 22, 2023 |
   | **Proposed Points for Charge:** | September 22, 2023 |
   | **Proposed Special Interrogatories and Verdict Forms:** | September 22, 2023 |
   | **Deposition Objections:** | September 22, 2023 |
   | **Pretrial Conference:** | October 18, 2023, 10:00 a.m. |

2. Jury selection and trial shall commence at **9:30 a.m. on Monday, October 23, 2023**, in Courtroom #2, Seventh Floor, at the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania, 17102. Counsel are ATTACHED for trial.

3. The October 18, 2023 pretrial conference shall take place in Courtroom #2, Seventh Floor, at the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania, 17102.

4. Trials will commence following completion of jury selection for the court's monthly jury trial list. Counsel should note that criminal matters scheduled for the same day will take priority and may delay the beginning of the civil trial list.

5. Counsel and *pro se* parties are responsible for reviewing the court's civil practice order as pertains to pretrial and trial matters.

/S/  CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania
