# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MAYO, | : | |
| | : | Civil Action No. 18-cv-878 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Christopher C. Conner |
| | : | |
| JOHN WETZEL, | : | |
| | : | |
| Defendant. | : | Filed via Electronic Case Filing |

## <u>DEFENDANT'S MOTION IN LIMINE: EVIDENCE OF FELONY CONVICTION AND INSTITUTIONAL MISCONDUCTS</u>

AND NOW, comes the Defendant, by and through his counsel, Lindsey Bedell, Assistant Counsel, and Kelly J. Hoke, Assistant Counsel, and hereby moves this Honorable Court as follows:

1.    Plaintiff, William Mayo, is an inmate currently incarcerated within the Pennsylvania Department of Corrections ("DOC") at the State Correctional Institution ("SCI") at Phoenix.

2.    On April 23, 2018, Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983, alleging various claims stemming from his incarceration; the sole Defendant is former DOC Secretary, John Wetzel. *See Document No. 1.*

3.    Following a partial grant of summary judgment, Plaintiff's Eighth Amendment conditions of confinement and Fourteenth Amendment due process claims, remain. *See Document No. 59.* 5.

1

4.      On September 15, 2023, this Honorable Court issued an order scheduling a trial by jury to commence on April 1, 2024. The order further directed the filing of motions in limine and supporting briefs by February 1, 2024. *See Document No. 138.*

5.      Defendant moves to introduce evidence of Plaintiff's felony conviction and his institutional misconduct records.

6.      A brief in support of this motion, which fully sets forth the reasons for introducing such evidence, is being filed this same date by the Defendant.

**WHEREFORE**, it is respectfully requested that this Honorable Court grant the Defendant's Motion in Limine to introduce the above-indicated evidence at the time of trial.

Respectfully submitted,

Office of General Counsel

Dated: February 1, 2024

/s/ Lindsey Bedell
Lindsey Bedell
Assistant Counsel
Attorney I.D. No. 308158
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA 17050
Email: lbedell@pa.gov

/s/ Kelly J. Hoke
Kelly J. Hoke
Assistant Counsel
Attorney I.D. No. 202917
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA  17050
(717) 728-7749
Email: kelhoke@pa.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WILLIAM MAYO, | : | |
| | : | Civil Action No. 18-cv-878 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Christopher C. Conner |
| | : | |
| JOHN WETZEL, | : | |
| | : | |
| Defendant. | : | Filed via Electronic Case Filing |

## **CERTIFICATION**

I hereby certify that pursuant to Local Rule 7.1, I conferred with Plaintiff's counsel, who indicated that Plaintiff does not concur with the requested relief in Defendant's motion in limine.

/s/ Kelly J. Hoke
Kelly J. Hoke
Assistant Counsel
Attorney I.D. No. 202917
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA  17050
(717) 728-7749

Dated: February 1, 2024

4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM MAYO, | : | |
| | : | Civil Action No. 18-cv-878 |
| Plaintiff, | : | |
| | : | |
| v. | : | Judge Christopher C. Conner |
| | : | |
| JOHN WETZEL, | : | |
| | : | |
| Defendant. | : | Filed via Electronic Case Filing |

## CERTIFICATE OF SERVICE

I hereby certify that the within motion has been filed electronically and is available for viewing and downloading from the ECF system by counsel for Plaintiff, and therefore satisfies the service requirements under *Fed.R.Civ.P. 5(b)(2)(E); L.Cv.R. 5.6.*

/s/ Kelly J. Hoke
Kelly J. Hoke
Assistant Counsel
Attorney I.D. No. 202917
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA  17050
(717) 728-7749
Dated: February 1, 2024          Email: kelhoke@pa.gov

5